J. dge Lasnik

HONORABLE ROBERT S. LASNIK

FILED
LODGED
RECEIVED   MAIL

APR 1 8 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JENNIFER ERICKSON, on behalf of
herself and all others similarly situated,

                 Plaintiff,

v.

THE BARTELL DRUG COMPANY,

                 Defendant.

No. C00-1213L

**PLAINTIFFS' DISCLOSURE OF
EXPERT TESTIMONY PURSUANT
TO LOCAL RULE 26(a)(2)**

Plaintiffs, Jennifer Erickson and the Class she represents, provide the following

disclosure of expert testimony pursuant to Local Rule 26(a)(2). The parties have agreed to

waive the requirement of signature as identified in new L.R. 26(a)(2) (effective January 1,

2001). Plaintiffs do not guarantee they will call the experts listed below. Plaintiffs reserve

the right to amend this disclosure in accordance with continuing investigation and

discovery.  All experts may review additional materials (e.g., health care records and

studies, expense records, depositions, insurance records) as they are obtained; and all

experts may review and rely upon the testimony and opinions of other experts identified

in this disclosure.  Such review(s) may prompt new and/or other opinions from the

expert(s).  This disclosure also supplements Plaintiffs' responses to all applicable discovery

**PLAINTIFFS' DISCLOSURE OF
EXPERT TESTIMONY PURSUANT TO
LOCAL RULE 26(a)(2) - 1**

*Roberta N. Riley,  WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805



1 requests including, without limitation, interrogatories, requests for production and

2 requests for admission.

3      **1.      PHILIP D. DARNEY, M.D., M.Sc.**
       **Department of Obstetrics, Gynecology and**
4      **Reproductive Sciences**
       **University of California, San Francisco**
5      **San Francisco General Hospital**
       **San Francisco, California 94110**

6

7      **(a)      Opinions to be expressed and the basis and reasons therefor:**

8

9    1.  Unintended pregnancy is a major health problem for woman of reproductive age in

10       the United States. This problem cuts across socioeconomic, demographic, racial,

11       and ethnic lines.

12

13   2.  Use of effective contraceptives (drugs or devices that help to prevent pregnancy) is

14       crucial for women's physical health, and is therefore an essential component of

15       primary care for women.

16

17   3.  Use of effective contraceptives also helps avoid the adverse psychological, social,

18       and economic consequences associated with unintended pregnancies.

19

20   4.  Women who experience an unintended pregnancy must choose between either

21       continued pregnancy or abortion.

22

23   **PLAINTIFFS' DISCLOSURE OF**
     **EXPERT TESTIMONY PURSUANT TO**
     **LOCAL RULE 26(a)(2) - 2**

*Roberta N. Riley, WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805

5. The Food and Drug Administration (FDA) has approved five methods of reversible prescription contraception: oral contraception; Norplant; Depo-Provera; intra-uterine device; and the diaphragm.

6. Only women can use these methods of prescription contraception.

7. Each of the methods of prescription contraception is extremely safe, and poses fewer health risks to women than does either pregnancy or abortion.

8. It is essential that women have access to each of the prescription methods of contraception as the optimal contraception method will depend on a woman's preexisting health circumstances, as well as other individual considerations, some of which may vary during the span of years that a woman needs contraception.

9. Without contraception, the average woman would be expected to have between 12 and 15 pregnancies in her lifetime.

10. Even in a "normal" pregnancy, the physical burdens of carrying a pregnancy to term -- which fall exclusively on women -- can be quite significant.

11. In some cases, either because of preexisting conditions, or conditions caused by pregnancy, pregnancy can threaten a woman's health or life.

**PLAINTIFFS' DISCLOSURE OF
EXPERT TESTIMONY PURSUANT TO
LOCAL RULE 26(a)(2) - 3**

*Roberta N. Riley, WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805

12. The more pregnancies she bears, the greater the likelihood a woman will suffer one or more life and/or health-threatening complications of pregnancy.

13. Women who experience a large number of pregnancies are known to be at far greater risk for certain permanent health problems resulting from pregnancy.

14. Unintended pregnancy poses greater health risks to women and children than does intended pregnancy.

15. Women with very short intervals between pregnancies are more likely to experience adverse health consequences from pregnancy, and their children are also more likely to have adverse health outcomes.

16. Women who receive medical services related to prescription contraception are more likely to receive timely, appropriate treatment for other medical needs.

17. One of the major barriers to effective contraceptive use in this country is the high cost of contraceptive supplies and services.

18. Because of the expense of contraception, some women who lack insurance coverage for contraception either do not use contraception, or use less effective methods of

**PLAINTIFFS' DISCLOSURE OF**
**EXPERT TESTIMONY PURSUANT TO**
**LOCAL RULE 26(a)(2) - 4**

*Roberta N. Riley, WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805

1   contraception; or do not consistently use effective methods of contraception. These

2   women are more likely to have an unintended pregnancy than if they used effective

3   contraception consistently.

4

5   19. Women at the lower end of the income scale, in particular, are significantly more

6   likely to use an effective method of contraception if they do not have to pay for it

7   out of pocket.

8

9   20. Because pregnancy is so costly, use of effective contraception is extremely cost-

10  effective when compared with no use of contraception.

11

12  Dr. Darney's opinions are based on: his professional training; extensive clinical

13  experience and personal knowledge; expertise in obstetrics and gynecology, epidemiology

14  and medical demography; research he has performed or overseen; and his study of the

15  relevant literature that is recognized as reliable in the medical profession.

16

17

18      **b)      Data or other information considered by witness in**

19  **forming opinions:**

20      Among Dr. Darney's personal publications that contain information he will rely on

21  for his testimony are: Leon M. Speroff, M.D, Philip D. Darney, M.D., <u>A Clinical Guide for</u>

22  <u>Contraception</u>, (3d ed. 2001) (Lippincott Williams & Wilkins), and <u>Family PACT Program</u>

23  **PLAINTIFFS' DISCLOSURE OF**
    **EXPERT TESTIMONY PURSUANT TO**
    **LOCAL RULE 26(a)(2) - 5**

*Roberta N. Riley, WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805

1   Evaluation Report, submitted to the State of California, Department of Health Services,

2   Office of Family Planning (Jan. 2000) ("PACT Report"), both of which he has recently co-

3   authored.

4

5

6               **(c)     Exhibits to be used as a summary of or in support for**

7   **opinions:**

8               Figure 5.1 from PACT Report, Primary Contraceptive Method Before

9   and After Clients' First Family PACT Visit, a copy of which is attached .

10

11              **(d)     Qualifications of the witness with list of publications in last**

12  **ten years:**

13              Dr. Darney's qualifications  and a list of his publications over the last

14  ten years are set forth in his CV, which is attached.

15

16              **(e)     Compensation to be paid to witness:**

17

18              Dr. Darney charges $350/hour for study and preparation in

19  connection with his testimony and $600/hour for deposition and court testimony.  In

20  addition, his out-of-pocket expenses will be reimbursed.

21

22

23  **PLAINTIFFS' DISCLOSURE OF**                    *Roberta N. Riley, WSBA #16841*
    **EXPERT TESTIMONY PURSUANT TO**                PLANNED PARENTHOOD
    **LOCAL RULE 26(a)(2) - 6**                      OF WESTERN WASHINGTON
                                                     2001 E. MADISON
                                                     SEATTLE, WASHINGTON 98122-1939
                                                     (206) 328-6805

2.   **THOMAS EASTERLING, M.D.**
**Department of Obstetrics and Gynecology**
**University of Washington Medical Center, 356460**
**University of Washington**
**Seattle, WA 98195**

    (a)   **Opinions to be expressed and the basis and reasons therefor:**

1. On average, women have the biological potential for pregnancy for over thirty years of their lives.

2. Without contraception, the average woman is likely to become pregnant approximately 12 to 15 times over the course of her reproductive life.

3. The Food and Drug Administration (FDA) has approved five methods of reversible prescription contraception: oral contraception; Norplant; Depo-Provera; intra-uterine device; and the diaphragm.

4. Only women can use these methods of prescription contraception.

5. Even for healthy women, pregnancy can be life and/or health threatening.

6. For women with pre-existing health conditions, the medical risks and physical consequences of pregnancy are significantly exacerbated.

7. Contraceptive use poses significantly lower health risks to women than does pregnancy.

8. Unintended pregnancy is a major health problem for women.

**PLAINTIFFS' DISCLOSURE OF**
**EXPERT TESTIMONY PURSUANT TO**
**LOCAL RULE 26(a)(2) - 7**

*Roberta N. Riley. WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805

9. For women and children, the health risks of unintended pregnancy are greater than the health risks of intended pregnancy.

10. The more pregnancies she bears, the greater the likelihood a woman will suffer one or more of the numerous life and/or health-threatening complications of pregnancy.

11. Women who experience a large number of pregnancies are known to be at far greater risk for a variety of significant health problems.

12. For women with pre-existing medical conditions, even one pregnancy can pose grave health risks.

13. The likelihood of poverty, domestic violence and child abuse is far greater when pregnancy is unintended.

14. Because it enables women to plan the timing and spacing of their pregnancies, contraception has improved the health of women.

15. The shorter the interval between her pregnancies, the greater the likelihood a woman will experience a variety of health problems.

16. Smaller families and longer birth intervals have improved the social and economic role of women.

17. The physical burdens of pregnancy increase the risk of interruption to a woman's educational and career opportunities.

18. Policies that exclude prescription contraception from health plan coverage adversely impact women.

**PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO LOCAL RULE 26(a)(2) - 8**

Roberta N. Riley, WSBA #16841
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-4939
(206) 328-6805

19. Policies that exclude prescription contraception from health plan coverage, deter some women, particularly low income women, from using the most effective contraceptive methods, increasing their risk of unintended pregnancy.

20. Policies that exclude prescription contraception from health plan coverage increase the likelihood of abortion.

21. Like women in the population at large, class members need the full range of contraceptive options.

22. Contraception is an essential component of primary care for class members and other similarly situated women.

23. By receiving medical care related to prescription contraception, women are more likely to receive timely, appropriate treatment for other medical needs.

Bases and reasons for opinions:

The bases for Dr. Easterling's opinions include: his medical training and education; his years of clinical practice, particularly as a perinatologist caring for women undergoing high risk pregnancies; research he has performed or overseen; and his experience as an Associate Professor of Obstetrics and Gynecology at the University of Washington.

The additional bases and reasons for Dr. Easterling's opinions include: his extensive knowledge of the medical and public health literature concerning pregnancy, contraception and abortion, which is recognized as reliable in the medical profession; his

**PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO LOCAL RULE 26(a)(2) - 9**

Roberta N. Riley, WSBA #16841
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6905

1   knowledge of international, national, state and local public health statistics, his

2   knowledge of the general medical and Ob/Gyn texts; and his review and knowledge of

3   numerous medical and public health studies including but not limited to those listed

4   below.

5

6           **(b)**     **Data or other information considered by witness in forming**

7 **opinions:**

8         1. *Achievements in Public Health, 1900-1999*, Family Planning, 48

9             Morbidity and Mortality Weekly Report (No. 47) 1073 (Centers for

10             Disease Control, Dec. 3, 1999);

11         2. U.S. Dept. of Health and Human Services, *Healthy People 2010:*

12             *Understanding and Improving Health*, Jan. 2000;

13

14         3. *Fulfilling the Promise: Public Policy and U.S. Family Planning Clinics*,

15             The Alan Guttmacher Institute (2001);

16         4. *Managed Care and Unintended Pregnancy: Testing the Limits of*

17             *Prevention*, Women's Health Issues (Vol. 9, No.2, Supp. 1 March, April

18             1999).

19

20         5. Institute of Medicine, *The Best Intentions- Unintended Pregnancy and*

21             *the Well-being of Children and Families*, Washington DC; National

22             Academy Press (Brown, S. , Eisenberg L., editors);

23   **PLAINTIFFS' DISCLOSURE OF**
  **EXPERT TESTIMONY PURSUANT TO**
  **LOCAL RULE 26(a)(2) - 10**

*Roberta N. Riley, WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6905

6.  M. McCormack, *Access to family planning services: relationship with unintended pregnancies and prenatal outcomes*, J. Health Care Poor Underserved (1997);

7.  Campbell, D., Pugh L. *The Influence of Abuse on Pregnancy Intention*, Women's Health Issues Vol. 5, No. 4 (Winter 1995);

8.  Gazmararian, J., Adams M., *The Relationship Between Pregnancy Intendedness and Physical Violence in Mothers of Newborns*, Obstetrics & Gynecology (Vol. 85, No. 6 June 1995);

9.  L. Klein, *To Have or not to Have a Pregnancy*, Obstetrics & Gynecology (Vol. 65, No. 1 January 1985).

In addition, Dr. Easterling will review and rely upon data produced in discovery and information set forth in the pleadings

**(c)     Exhibits to be used as a summary of or in support for opinions:**

To be supplemented

**PLAINTIFFS' DISCLOSURE OF
EXPERT TESTIMONY PURSUANT TO
LOCAL RULE 26(a)(2) - 11**

*Roberta N. Riley, WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805

1

2

    **(d)**  **Qualifications of the witness with list of publications in last**

**ten years:**

       Dr. Easterling's curriculum vitae and which includes a list of his

       publications is attached.

7

8

    **(e)**  **Compensation to be paid to witness:**

       Dr. Easterling charges $350/hr for review and $500/hr for deposition and

       trial testimony.

12

  3.  **ROBERT W. MOSS**
      **Moss Oesting & Associates**
      **801 Pine St.**
      **Suite 25A**
      **Seattle, WA 98101**

    **(a)**  **Opinions to be expressed and the basis and reasons therefor:**

       Mr. Moss will review the below listed discovery, documents and

studies in order to render opinions in the following areas:

**PLAINTIFFS' DISCLOSURE OF**
**EXPERT TESTIMONY PURSUANT TO**
**LOCAL RULE 26(a)(2) - 12**

*Roberta N. Riley, WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805

1.  Whether class members suffered economic loss that can be reasonably measured by the cost savings Bartell experienced in not covering the prescription methods of contraception during the class period.

2.  The measures of the aggregate monetary amount of back pay that should be awarded to the class to compensate for the lack of legally required health benefits coverage for prescription contraception during the class period, the aggregate monetary amount of back pay that should be awarded to the class to compensate for the lack of legally required health benefits coverage for prescription contraception during the class period using these measures; and the bases for these calculations.

3.  The cost to Bartell of providing benefits for all available methods of prescription contraception in the future.

Plaintiffs will supplement this expert disclosure and make Mr. Moss available for deposition at a mutually agreed time, once he has had an opportunity to review the necessary information and conduct the above economic analyses.

**PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO LOCAL RULE 26(a)(2) - 13**

*Roberta N. Riley, WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805

1  Bases and Reasons for Opinions

2

3      The bases for Mr. Moss's opinions include his formal education and years of experience

4  as a professional economist and his extensive knowledge of the economics of health care

5  benefits. His expertise includes managing hospital and health care audits and serving as

6  a consultant in labor economics and health care. Mr. Moss has analyzed monetary claims

7  in Title VII individual and class action cases and has considerable knowledge of the

8  economic foundations of health insurance.

9

10      The further bases and reasons for Mr. Moss's opinions are expected to include his review of the

11  following: the information produced in discovery, including discovery that will be propounded by

12  plaintiffs shortly; the Bartell health plans in effect during class period. including the co-pay terms

13  and conditions; public health statistics and studies addressing the cost and utilization rates of

14  contraception; commercially available databases from pharmacy benefit managers. benefits

15  consultants and pharmaceutical companies to ascertain utilization rates for prescription

16  contraception.

17

18      The additional bases and reasons for Mr. Moss's opinions include his knowledge of the

19  economic literature concerning pregnancy and contraception, which is recognized as reliable in the

20  discipline of economics and his review and knowledge of numerous medical economics studies

21  including but not limited to the studies listed below and the underlying bases therefor.

22

23  **PLAINTIFFS' DISCLOSURE OF**
   **EXPERT TESTIMONY PURSUANT TO**
   **LOCAL RULE 26(a)(2) - 14**

*Roberta N. Riley, WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805

1

2

3      **(b)**    **Data or other information considered by witness in forming**

4 **opinions:**

5       1.  The Centers for Disease Control, National Center for Health Statistics. National

6          Survey of Family Growth Cycle 5:1995;

7

8       2.  U.S. Dept. of Health and Human Services, Healthy People 2010:

9          Understanding and Improving Health, Jan. 2000;

10

11      3.  J. Darroch, Cost to Employer Health Plans of Covering Contraceptives:

           Summary, Methodology & Background, Alan Gutmacher Institute. June

12          1998;

13

14      4.  Buck Consultants, Inc.. Cost to Employer Health Plans of Covering

15          Reversible Medical Contraceptives, June 3, 1998;

16

17      5.  Women's Health Care Issues: Contraception as a Covered Benefit,

18          William M. Mercer Co.. 2000;

19

20      6.  W. Gardner and R. Strader, The Cost-Effectiveness of Contraception,

21          Washington Business Group on Health, 2001;

22

23 **PLAINTIFFS' DISCLOSURE OF**
    **EXPERT TESTIMONY PURSUANT TO**
    **LOCAL RULE 26(a)(2) - 15**

*Roberta N. Riley, WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805

7.   Trussell. The Economic Value of Contraception: A Comparison of 15 Methods, American Journal of Public Health, Vol. 85, No. 4, April 1995

      **(c)**   **Exhibits to be used as a summary of or in support for opinions:**

      This will be supplemented

      **(d)**   **Qualifications of the witness with list of publications in last ten years:**

      A copy of Mr. Moss's curriculum vitae is attached.

      **(e)**   **Compensation to be paid to witness:**

      Mr. Moss charges  $225/hr for research and $350/ hour for deposition and trial testimony.

**PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO LOCAL RULE 26(a)(2) - 16**

*Roberta N. Riley, WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805

1

2   Submitted on April 4, 2001

3

4   By _____

5   Roberta N. Riley, WSBA #16841
    PLANNED PARENTHOOD OF WESTERN
6   WASHINGTON
    2001 East Madison
7   Seattle, Washington 98122-2959
    Telephone: (206) 328-6805

8

9   Eve C. Gartner , *admitted pro hac vice*
    PLANNED PARENTHOOD FEDERATION
10  OF AMERICA
    810 7th Avenue
11  New York, New York 10019
    Telephone: (212) 541-7800

12

13  Lynn Lincoln Sarko, WSBA #16569
    T. David Copley, WSBA #19379
14  Gretchen Freeman Cappio, WSBA #29576
    KELLER ROHRBACK L.L.P.
15  1201 Third Avenue, Suite 3200
    Seattle, Washington 98101-3052
16  Telephone: (206) 623-1900

17  Of counsel:

18  Marcia D. Greenberger
    Judith C. Appelbaum
19  Barbara A. Burr
    Dina R. Lassow
20  NATIONAL WOMEN'S LAW CENTER
    11 Dupont Circle #800
21  Washington, D.C. 20036
    Telephone: (202) 588-5180

22

23  **PLAINTIFFS' DISCLOSURE OF
    EXPERT TESTIMONY PURSUANT TO
    LOCAL RULE 26(a)(2) - 17**

*Roberta N. Riley, WSBA #16841*
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6805

1

## *CERTIFICATE OF SERVICE*

2    I certify under the penalty of perjury of the laws of the State of Washington that on

3  the date given below I caused to be served in the manner indicated a copy of the foregoing

4  *PLAINTIFFS' DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO LOCAL*

5  *RULE 26(a)(2)* upon the following:

6

7  James Dickens
   Miller Nash, LLP
8  4400 Two Union Square
   601 Unions St.
9  Seattle, WA. 98101-2341

10
   VIA MESSENGER
11

12

13    Dated this ___ day of April, 2001 at Seattle, Washington.

14

15

16    _____
                Carolyn L. Snape
17

18

19

20

21

22

23  *PLAINTIFFS' DISCLOSURE OF*
    *EXPERT TESTIMONY PURSUANT TO*
    *LOCAL RULE 26(a)(2) - 18*

Roberta N. Riley. WSBA #16841
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 E. MADISON
SEATTLE, WASHINGTON 98122-1939
(206) 328-6872

PHILIP DEMPSEY DARNEY, M.D., M.Sc.
CURRICULUM VITAE
Department of Obstetrics, Gynecology and
Reproductive Sciences
University of California, San Francisco
San Francisco General Hospital
San Francisco, California 94110
(415) 206-8358
FAX (415) 206-3112
E-mail: darney@ob.ucsf.edu

## CURRENT TITLE AND DEPARTMENT

Professor VI
Department of Obstetrics, Gynecology and
Reproductive Sciences, School of Medicine
University of California, San Francisco

## EDUCATION

| | |
|---|---|
| 1960 | Polytechnic High School, Long Beach, California |
| 1964 | University of California, Berkeley: B.A., psychology |
| 1968 | University of California, San Francisco, M.D. |
| 1972 | London School of Hygiene and Tropical Medicine: M.Sc., medical demography |

## POSTDOCTORAL TRAINING

| | |
|---|---|
| 1968-69 | U.S. Public Health Service Hospital, San Francisco, Intern, general surgery |
| 1972-74 | Centers for Disease Control, Atlanta, Resident, preventive medicine |
| 1974-77 | Brigham and Women's Hospital, Boston, Resident, obstetrics and gynecology |

## MEDICAL LICENSES

| | |
|---|---|
| 1969 | California (123577) |
| 1975 | Massachusetts (38288) |
| 1978 | Oregon (11439) |
| 1982 | New York (152597) |

## CERTIFICATIONS

1976     American Board of Preventive Medicine
1980     American Board of Obstetrics and Gynecology

## PRINCIPAL POSITIONS HELD

1969-71   Epidemic Intelligence Service Officer, Centers for Disease Control, Atlanta
1972-74   Deputy Director, Family Planning Evaluation Division, Bureau of Epidemiology, Centers for Disease Control, Atlanta
1977-78   Assistant Professor, Obstetrics and Gynecology, Harvard Medical School (at the Brigham and Women's Hospital) Boston
1978-80   Associate Professor, Obstetrics and Gynecology, Oregon Health Sciences University, Portland
1981-88   Associate Professor in Residence, Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco
1988-99   Professor in Residence, Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco

## ANCILLARY POSITIONS HELD CONCURRENTLY

1969-70   Medical Advisor, Nigerian Red Cross Southeast State War Relief Action, Aba, Nigeria
1971-74   Consultant in Family Planning Program Evaluation to Guatemala, Indonesia, Pakistan, Thailand, Mexico and El Salvador, Office of Population, U.S. Agency for International Development, (USAID), Washington, D.C.
1974-80   Consultant in Family Planning Program Evaluation to Egypt, Thailand, Singapore, Indonesia, Honduras, Tunisia, Mexico and Sudan; American Public Health Association, Washington, D.C.
1974-75   Consultant to Reproductive Science Review Project; Ford Foundation, New York, NY
1976-78   Consultant in Family Planning Program Evaluation to Egypt and Bangladesh; Pathfinder International, Boston, MA
1977-80   Visiting Lecturer on Maternal Health, Harvard School of Public Health, Boston, MA
1978-80   Director, Oregon Program for Reproductive Health and Co-Director, Div. of Perinatology, Oregon Health Sciences University, Portland, OR
1981-88   Associate Professor, Institute for Health Policy Studies, University of

California, San Francisco, CA

| | |
|---|---|
| 1989-now | Professor, Institute for Health Policy Studies, University of California, San Francisco, CA |
| 1989 | Consultant to Family Planning Programs, USAID, Zimbabwe |
| 1991 | Consultant in Sterilization, USAID, Egypt |
| 1992 | Consultant in Contraception, USAID, Indonesia |
| 1994 | Consultant in Family Planning Education, USAID, India and Nepal |
| 1998 | Consultant in Family Planning, Government of Viet Nam |
| 1998-now | Chief, Department of Obstetrics, Gynecology and Reproductive Sciences, San Francisco General Hospital |
| 1999-now | Director, Center for Reproductive Health Research and Policy, Department of Obstetrics, Gynecology, and Reproductive Sciences, UCSF |

## HONORS AND AWARDS

| | |
|---|---|
| 1983 | American Public Health Association Young Professional Award for Outstanding Contributions in Maternal and Child Health |
| 1985 | UCSF Obstetrics and Gynecology Residents' Special Commendation for Excellence in Teaching |
| 1988 | UCSF Obstetrics and Gynecology Residents' Outstanding Attending Physician Award |
| 1992 | U.S. Representative, International Planned Parenthood Federation 40th Anniversary Assembly, New Delhi |
| 1993 | Class Speaker, 25th Reunion, University of California, San Francisco, Medical School Class of 1968 |
| 1996 | Luella Klein Lecturer, Emory University |
| 1999 | UCSF Chancellor's Award for Public Service |
| 2000 | The Alvin F. Goldfarb, M.D., Lectureship, North American Society for Pediatric and Adolescent Gynecology |

## MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 1970 | American Public Health Association |
| 1970 | Population Association of America |
| 1974 | Association of Reproductive Health Professionals |
| 1976 | American College of Preventive Medicine (Fellow) |
| 1980 | American College of Obstetricians and Gynecologists (Fellow) |
| 1982 | San Francisco Gynecologic Society |
| 1991 | American Society for Reproductive Medicine |
| 1999 | American Gynecological and Obstetrical Society (Fellow) |

## PROFESSIONAL ACTIVITIES

PROFESSIONAL ORGANIZATIONS ACTIVITIES:

1974-77    American College of Obstetricians and Gynecologists, Junior Fellow
Advisory Council - Member (1974-75), Vice Chair (1976), Chair (1977)

1977-now    American College of Obstetricians and Gynecologists (ACOG) - Executive
Board (1977-78), Learning Resources Commission (1977-79), Task Force on on
Regional Planning and Health Systems Agencies (1979), Task Force to Review
the Scope and Functions of the Obstetrician/Gynecologist (1979), Task Force
on International Affairs (1983-1985), Contributor to "Precis: Update in
Obstetrics and Gynecology," (1985), Author of "Technical Bulletin: Sterilization"
(1987, 1994), Expert Reviewer, HHS Title X Guidelines for Family Planning
Services (1993), Chair, Section I, District IX (2000-03), Annual Clinical Meeting
Official Host (2000).

1980-83    American Public Health Association - Member, Maternal and Child   Health
Section, Chair, Committee on Alternatives in Maternity Care of the Maternal
and Child Health Section

1980-86    Joint Commission on Accreditation of Hospitals - ACOG Representative to
Professional and Technical Advisory Committee

1982-86    Association for Voluntary Surgical Contraception - Clinical Consultant
and Consultant to Egypt

1985-88    Planned Parenthood Federation of America - Chair, National Medical
Committee

1987    International Projects Assistance - Consultant to Ministry of Health,   Turkey

1988    Program for the Introduction and Adaptation of Contraceptive Technology -
Consultant to Zimbabwe

1989    Family Planning International Assistance - Consultant to Zambia

1989    Population Council - Consultant to Zimbabwe National Family Planning
Council and University of Zimbabwe, Department of Obstetrics and
Gynecology

| 1991 | The John Hopkins University Program for Instruction and Education in Gynecology and Obstetrics, Consultant to the University of Indonesia, Department of Obstetrics and Gynecology |

1991    The John Hopkins University Program for Instruction and Education in Gynecology and Obstetrics, Consultant to the University of Indonesia, Department of Obstetrics and Gynecology

1992    International Planned Parenthood Federation, Members' Assembly and Family Planning Conference, New Delhi, U.S. Delegate

1994    The Johns Hopkins University Program for Instruction and Education in Gynecology and Obstetrics, Consultant to the Government of Nepal, National Family Planning Program

1995    AVSC International, Consultant in Contraception, Ukraine

SERVICE TO PROFESSIONAL PUBLICATIONS:

1978-87    Public Health Reports, peer reviewer

1979-now    Journal of the American Medical Association, peer reviewer

1982-84    Advances in Reproductive Medicine, Editorial Board

1985-now    Obstetrics and Gynecology, peer reviewer

1985-now    International Journal of Gynecology and Obstetrics, peer reviewer

1985-88    Planned Parenthood Federation of America Medical Digest; Editorial Board

1989-now    American Journal of Obstetrics and Gynecology, peer reviewer

1991-now    Family Planning Perspectives, peer reviewer

1992-now    Journal of Adolescent Health, peer reviewer

1992-now    Studies in Family Planning, peer reviewer

1992-now    Contraception, peer reviewer

1993    Women's Health Issues, Guest Editor

1993-now    New England Journal of Medicine, peer reviewer

1994-96    Women's Health Reports, Editorial Board

1994-now    Journal of Gynecologic Techniques, Editorial Board

1995-now   Journal of Family Practice, peer reviewer

1996-now   Fertility and Sterility, peer reviewer

1998-2002   Obstetrics & Gynecology, Editorial Board

1998-now   Contraception, Associate Editor

## OTHER PROFESSIONAL SERVICE

1975   National Institute of Child Health and Human Development -
Ad hoc Expert Committee on the Demographic Evaluation of Family
Planning Programs

1979   National Institute of Child Health and Human Development -
Ad hoc Intrauterine Device Research Committee (member)

1980   National Institute of Child Health and Human Development -
Ad hoc Reviewer:  Five-Year Research Plan in Contraceptive
Evaluation

1981-83   San Francisco Department of Public Health - Consultant in
Family Planning

1982-85   Planned Parenthood Federation of America - National Medical
Committee Member; Chair, Committee on Surgical Services;
Consultant to the Board on Abortion Services

1984-85   Epilepsy Society of America - ACOG Representative to Contraceptives
and Epilepsy Task Force

1984   American Academy of Pediatrics - ACOG Consultant on Screening
Recommendations Out-of-Hospital Newborns

1984   New York City Health and Hospitals Corporation - Consultant on
Abortion Services

1985-86   Association of Reproductive Health Professionals - Chair,
Postgraduate Education Committee

1986-92   Council on Resident Education in Obstetrics and Gynecology -
Member, Committee on In-Training Examinations for Residents in
Obstetrics and Gynecology

1987      U.S. Public Health Service - Consultant to the Deputy Assistant
          Secretary for Population Affairs on Title X Family Planning
          Guidelines for Project Grants

## SCIENTIFIC AND PROFESSIONAL MEETINGS ATTENDED

INTERNATIONAL:

Inter-American Conference on the Evaluation of Family Planning Programs,
Santiago. Chile - 1972 (invited paper)

International Union for the Scientific Study of Population, Liege, Belgium -
1973 (Centers for Disease Control Representative)

New Developments in Fertility Regulation: Latin American Conference, Arlie,
Virginia, - 1976 (invited speaker)

International Conference on Reproductive Health, Maui, Hawaii - 1982 (invited
paper)

International Federation of Gynecology and Obstetrics, Berlin - 1985 (paper), Rio de
Janeiro, 1988 (paper), Copenhagen, 1997 (invited speaker), Washington, DC (invited
speaker, paper)

Christopher Tietze International Symposium on Contraceptive Failure, Berlin - 1985
(invited speaker)

Australian Association for Voluntary Sterilization, Brisbane, Australia - 1985
(invited speaker)

Turkish Ministry of Health Conference on Prevention and Treatment of Septic Abortion,
Ankara - 1987 (invited speaker)

Zimbabwean Society of Obstetricians and Gynecologists and College of Family Physicians -
Joint Conference on Maternal Health in Zimbabwe - 1989 (invited speaker)

Turkish National Congress of Public Health, Ankara, Turkey - 1992 (invited speaker)

Society for the Advancement of Contraception, Barcelona, Spain-1992 (invited speaker),
Manila, Phillipines-1998 (invited speaker)

International Planned Parenthood Federation Assembly, Delhi, India, 1992 (U.S.
Representative)

International Conference on The Endometrium, Bologna, Italy, 1993 (paper)

National Family Planning Conference, Donetsk, Ukraine, 1995 (invited speaker)

International Federation of Fertility Societies, Montpellier, France, 1995 (invited speaker), 1998 (invited speaker)

European Society of Contraception, Barcelona, 1996 (invited speaker, paper), Prague, 1998 (invited speaker), Ljubljana 2000 (paper)

European Association of Gynecologists and Obstetricians, Budapest, 1996 (invited speaker)

International Olympic Committee World Congress on Sport Science, Monte Carlo, 1997, (invited speaker)

First National Conference on Family Planning, Ankara, Turkey, 1999 (invited speaker)


NATIONAL:

Epidemic Intelligence Service Conference - 1970 (paper), 1973 (paper), 1974 (paper)

Seventh Annual National Immunization Conference - 1970 (paper)

Population Association of America - 1972 (paper), 1973 (paper), 1974 (invited speaker), 1986 (invited speaker)

National Institute of Child Health and Human Development, Conference on Demographic Evaluation of Family Planning Programs - 1973 (invited speaker)

American Public Health Association - 1975 (paper), 1976 (paper), 1977 (paper), 1978 (paper, invited paper), 1979 (paper, poster session), 1980 (session presider, invited paper), 1981 (session presider), 1982 (session presider), 1983 (award recipient, invited paper, session presider), 1985 (invited paper), 1988 (paper), 1989 (paper)

American College of Obstetricians and Gynecologists Annual Clinical Meeting - 1976, 1977, 1978, 1979, 1980 (invited speaker), 1982 (invited speaker), 1985 (invited speaker), 1990 (invited speaker), 1991, 1992, 1993, 1994, 1995 (invited speaker), 1996 (invited speaker), 1992 (paper), 1993 (paper), 1994 (paper), 1995 (paper), 1997

National Conference on Teaching Preventive Medicine in Medical Schools - 1980 (invited speaker)

Association of Reproductive Health Professionals - 1980, 1982, 1983, 1985 (papers), 1987 (invited speaker), 1989 (invited speaker), 1991 (invited speaker), 1998 (invited speaker)

Centennial Conference on Sterilization - 1980

Annual Conference of the Council on Resident Education in Obstetrics and Gynecology - 1978, 1979 (invited paper), 1980

American College of Surgeons - 1984 (invited speaker)

Planned Parenthood Federation of America Annual Meeting - 1985, 1986, 1987, 1988 (invited speaker), 1989, 1990, 1991 (invited speaker), 1998 (invited speaker)

Society for Office Based Surgery - 1985 (invited speaker, paper)

Centers for Disease Control, National Conference on the Role of HIV Antibody Testing in the Prevention of AIDS - 1987 (invited speaker)

Society for Adolescent Medicine - 1991 (invited speaker)

National Conference on Training Physicians in Elective Abortion - 1991 (invited speaker)

American Society for Reproductive Medicine - 1991 (invited speaker), 1992, 1994, 1995 (invited speaker), 1998 (invited speaker)

National Institute of Child Health and Human Development Conference on Contraceptive Research and Development - 1992 (invited speaker)

National Institute of Child Health and Human Development Conference on Hormonal Contraception - 1993 (invited speaker, author)

National Institute of Child Health and Human Development Conference on Androgens and Women's Health - 1994 (invited speaker)

The Endocrine Society, 1995 (invited speaker)

American Academy of Pediatrics, 1995 (invited speaker)

Pacific Coast Fertility Society, 1997 (invited speaker)

National Association of Nurse Practitioners, 1997, (invited speaker)

American College of Nurse Midwives, 1998 (invited speaker)

North American Society for Pediatric and Adolescent Gynecology, 2000 (keynote speaker)

## UNIVERSITY SERVICE

CAMPUS WIDE:

| | |
|---|---|
| 1982-now | Ad hoc promotion review committees, UCSF; member (14), chair (2) |
| 1983-87 | Representative Assembly (Obstetrics, Gynecology and Reproductive Sciences), San Francisco Division, Academic Senate |
| 1994 | Ad Hoc Committee to Study Policies and Procedures Governing In-   Residence Faculty, member |
| 1998 | Search Committee, Chief, Department of Anesthesia, SFGH; Director, Sonography, SFGH |
| 1999-2000 | Representative Assembly (Obstetrics, Gynecology and Reproductive Sciences), San Francisco Division, Academic Senate |

DEPARTMENT OF OBSTETRICS, GYNECOLOGY
AND REPRODUCTIVE SCIENCES, UCSF:

| | |
|---|---|
| 1981-93 | Member Quality Assurance Committee, San Francisco General Hospital Chair, Quality Assurance Committee, Department of Obstetrics and Gynecology, SFGH |
| 1983-84 | Member, Department Education Committee |
| 1983-85 | Coordinator, Ob-Gyn Clinical Clerkship, San Francisco General Hospital |
| 1985-88 | Chair, Abortion and Sterilization Committee, San Francisco General Hospital |
| 1985-90 | Member, Medical Records Committee, San Francisco General Hospital |
| 1987-89 | Chair, Faculty United Way Campaign |
| 1987-now | Member, Department House Staff Committee |
| 1985-now | Chair, ad hoc faculty recruitment search committees (4) |
| 1992-1998 | Member, Invasive Procedures Committee, San Francisco General Hospital |
| 1994-now | Member, Tissue Review Committee, San Francisco General Hospital |
| 1995-1999 | Member, Credentials Committee, San Francisco General Hospital |
| 1996-now | Member, Department Academic Appointments Committee |
| 1996-now | Member, Risk Management Committee, San Francisco General Hospital |

1998-1999  Acting Chief, Department of Obstetrics, Gynecology and Reproductive Sciences, San Francisco General Hospital.

1998-now   Medical Executive Committee, San Francisco General Hospital

EDUCATION

Medical Student Family Planning Research Elective (8 students/year)

Course Sponsor, Reproductive Health Elective, School of Medicine (30 students)

Family Planning and Contraceptive Research Fellowship (supervise post doctoral fellows) :

1990-91   Dilys Walker, M.D., Assistant Professor, Institute of Public Health, Cuernavaca, Mexico.

1992-93   Mitchell Creinin, M.D., Associate Professor, Obstetrics, Gynecology and Reproductive Sciences, Director Family Planning Research, School of Medicine, University of Pittsburgh.

1994-95   Miriam Zieman, M.D., Assistant Professor, Dept. Gynecology and Obstetrics, Director, Family Planning Clinic, School of Medicine, Emory University.

1996-97   Laura MacIsaac, M.D., Assistant Professor, Dept. of Obstetrics and Gynecology, New York University.

1997-98   Lisa Thomas, M.D., Family Planning Program Consultant, Marie Stopes International.

1998      Tina Raine, M.D., M.P.H., Assistant Clinical Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, UCSF, NIH Minority Supplement Career Development Award.

1998-99   Alisa Goldberg, M.D., Adjunct Assistant Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, UCSF, NIH Women's Health Research Award Recipient.

1999-2000 Karen Meckstroth, MD, current.

---

## PUBLIC SERVICE

1975-76   Cabot Day Care Center, Newton, MA (Board of Directors)

1977-78   Planned Parenthood League of Massachusetts, (Board of Directors)

| | |
|---|---|
| 1978-80 | Planned Parenthood of Portland, Oregon (Board of Directors) |
| 1979-80 | Health Services Planning Agency, Metropolitan Portland, Oregon (Board of Directors) |
| 1979-80 | Fruit and Flower Day Care Center, Portland, Oregon, Member, Parents' Committee |
| 1979-80 | Bluebirds/Campfire Girls, Portland, Oregon, Parent Leader |
| 1981-82 | California Family Planning Advisory Board (Board of Directors; Chair, Legislative Committee) |
| 1981-84 | Teens 'N Theater Parents' Night at San Francisco General Hospital (Host) |
| 1982-84 | Nurses Association of the American College of Obstetricians and Gynecologists (Member, By-laws Committee) |
| 1982-85 | Planned Parenthood of Alameda/San Francisco, Board of Directors; Chair, Medical Committee |
| 1984 | Women's Campaign Fund (Fund Raiser Host) |
| 1985 | Planned Parenthood of Alameda/San Francisco, Moderator, "Collision Course - Reproductive Ethics" |
| 1985-92 | Planned Parenthood Federation of America, Board of Directors |
| 1986 | Planned Parenthood Federation of America, Member, Bioethics Advisory Panel |
| 1987 | San Francisco Juvenile Court, Member, Parental Consent Advisory Committee |
| 1989-92 | Planned Parenthood Federation of America, Vice Chair |
| 1991 | California Office of Family Planning, Member, Advisory Committee on Norplant |
| 1991-94 | AVSC International, Board of Directors |
| 1992 | Named "Champion of Choice" by California Abortion Rights Action League |
| 1992-95 | Alan Guttmacher Institute, Board of Directors |
| 1994-96 | Park School PTA, Parent Volunteer |

1995-1999   Scott Valley Swim Team, Parent Volunteer

1996-97   California Office of Family Planning, Member, Advisory Committee on Medi-Cal Transition

2000-now   Marin Pirates Swim Team, Stroke and Turn Judge

## RESEARCH AND CREATIVE ACTIVITY

### PUBLICATIONS

1970*   P.D. Darney, Attitudes of married college and medical students toward population growth and family planning. Public Health Reports, 85:412-418.

1970   P.D. Darney and R.L. Overton. A survey to assess public participation in a rubella immunization program. "Proceedings of the Seventh National Immunization Conference," HEW, Public Health Service, Atlanta, GA, 28-29.

1971*   P.D. Darney and N.D. Clenny. Tuberculosis outbreak in an Alabama high school. Journal of American Medical Association, 216"2117-2118.

1973*   P.D. Darney and J.E. Greene. Tuberculosis outbreak in a circus company: report of a cooperative investigation. American Journal of Public Health, 62:43-45.

1975+   P.D. Darney. A statewide family planning program's effect on fertility (Chapter 10). In: Demographic Evaluation of Domestic Family Planning Programs. Ed. J.R. Udry and E.E. Huyck, Cambridge, Ballinger, 83-89.

1975*   P.D. Darney. Fertility decline and participation in Georgia's family planning program: temporal and areal associations. Studies in Family Planning, 6:156-165.

1975*   S.H. Moore, R.H. Hutchinson, and P.D. Darney. An evaluation of the use of public health nurses to provide oral contraceptives in rural health departments. Advances in Planned Parenthood, 9:34-41.

1976   M.F. Fathalla, P.D. Darney, H. Hammam, A.A. Shaarawy, A.S. Sabry and N.N. Shinnawi. Maternal Health services in an urban area of upper Egypt: a survey to examine relationships between modern and traditional midwives and their clients. Assiut University Press Monographs, 23 pp.

1976+   P.D. Darney. Possible long-term consequences of induced abortion: a brief review. In: New Developments in Fertility Regulation. Ed.: H.R. Holtrop, et al, Pathfinder Fund, Boston, 150-154.

1976÷   P.D. Darney. World wide review of early abortion services. In: New Developments in Fertility Regulation. Ed: H.R. Holtrop, et al, Pathfinder Fund, Boston, 225-232.

1977*   P.D. Darney and E.A. Wilson. Intravenous pyelography in the diagnosis and management of postpartum ovarian vein thrombophlebitis: a case report. American Journal of Obstetrics and Gynecology, 127:439-440.

1977÷   P.D. Darney, et al (Chapter 40). In: Frontiers in Reproduction and   Fertility Control. Ed.: R.O. Greep and M.A. Koblinsky, M.I.T.,  Cambridge, 479-564.

1978*   P.D. Darney. Fever associated with menses: questions and answers. In: Journal of the American Medical Association, 239:1909.

1979*   J.S. Berek and P.D. Darney. Massive exudative ascites produced from a tubal pseudocyst in chronic pelvic inflammatory disease. Obstetrics and Gynecology, 54:490-492.

1979*   J.S. Berek, P.D. Darney, C. Lopkin, and D.P. Goldstein. Avoiding   ureteral damage in pelvic surgery for ovarian remnant syndrome.      American Journal of Obstetrics and Gynecology, 133:222-223.

1980+   R.J. Haggerty and P.D. Darney. Maternal and child health services   (Chapter 17). In: Preventive Medicine and Public Health. 11th Edition,        Ed.: J. Last, Appleton Century Crofts, New York.

1980*   S.C. Schoenbaum, R.R. Munson, P.G. Stubblefield, P.D. Darney, and K.J. Ryan. Outcome of the delivery following an induced or spontaneous abortion. American Journal of Obstetrics and Gynecology, 136:19-24.

1981*   W. Lee and P.D. Darney. Childbirth education: an assessment of its role    in the education of residents in obstetrics and gynecology. Birth and the Family Journal, 8:2-18.

1982    P.D. Darney. Changes in OC progestins may make a difference in safety. Advances in Reproductive Medicine, 1:12, 4.

1982+   P.D. Darney. Contraception (Chapter 13). In: Office Practice of     Medicine. Ed.: W. Branch, W.B. Saunders, Philadelphia.

1982        P.D. Darney.  Do patients who discontinue using OCs carry a residual
            risk of MI?  Advances in Reproductive Medicine, 1:5.

1982        P.D. Darney.  Evaluating the pill's long term effects.  Contemporary  Ob/Gyn,
            20:57-64.

1982        P.D. Darney.  New look at reproductive mortality focuses on need for safer
            contraceptive use.  Advances in Reproductive Medicine, 1:5, 4.

1982        P.D. Darney.  Perspectives on laminaria use.  Planned Parenthood
            Federation of America. Medical Digest, Spring, p 2-5.

1982        P.D. Darney.  What's new in contraceptives.  Contemporary Ob/Gyn,
            19:81-89.

1983        P.D. Darney.  A safe, simple, reversible method of tubal ligation?       Advances
            in Reproductive Medicine, 2:12, 3.

1983*       P.D. Darney.  Committee on alternatives in maternity care, P.D. Darney,
            Chair.  Model regulations and guidelines for alternative birth centers.
            American Journal of Public Health, 73:331-334.

1983        P.D. Darney.  Depo provera should be approved for contraceptive use.
            Advances in Reproductive Medicine, 2:4, 2.

1983        P.D. Darney.  Does or doesn't the pill cause (breast) cancer?  Advances in
            Reproductive Medicine, 2:22.

1983        P.D. Darney.  Implants will offer safe, effective long term contraception.
            Advances in Reproductive Medicine, 2:20.

1983        P.D. Darney.  Progestin content cannot be ignored in OC selection.       Advances
            in Reproductive Medicine, 2:15, 2.

1983+       P.D. Darney.  Sexual and reproductive health (Chapter 15).  In:
            Prevention in Primary Care.  Ed: Wm. Barker, Springer, New York.

1983        P.D. Darney.  Status of laminaria and other cervical dilators.    Contemporary
            Ob/Gyn, 21:209-216.

1983        P.D. Darney.  There is not a post tubal occlusion syndrome.  Advances in
            Reproductive Medicine, 2:16, 2.

1984+       C.J. Levinson, P.D. Darney, M. Peterson.  Sterilization: overview, complications
            and reversal.  (Chapter 26) in Advances in Clinical Obstetrics and Gynecology,
            Vol. 2, Ed:  H. Osofsky, Williams and Wilkins, Baltimore.

1984        P.D. Darney.  Alternatives in maternity care:  A new consensus,
            Association for Healthcare Quality Review, 5:26.

1984        P.D. Darney.  Population planning:  What's new in contraception?
            Contemporary Ob/Gyn, 23:117-138.

1985        P.D. Darney, D.N. Moore, M.H. Hanson.  Conference call; Intrauterine
            devices: how unsafe are they?  Modern Medicine, Aug:143-150.

1985        P.D. Darney.  Contraception: are implants the answer?  Contemporary
            Ob/Gyn, 28:29-37.

1985        P.D. Darney.  New developments in barrier contraception.  Sexual Medicine
            Today, Mar:5-9.

1985        P.D. Darney.  New techniques for cervical dilation.  Contemporary Ob/Gyn,
            26:41-54.

1985*       P.D. Darney.  Sonographically guided extraction of submucous myomata.
            Obstetrics and Gynecology, 60:731-732.

1985*       P.D. Darney.  Training residents in ambulatory gynecologic surgery at an
            urban teaching hospital in the U.S.A., Archives of Gynecology, 237:267
            (supplement).

1985        P.W. Budoff, P.D. Darney, L. Speroff, H.B. Kaiser.  Prescribing oral
            contraceptives in 1985.  Patient Care, 19:16-55.

1986+       P.D. Darney.  Fertility:  Abortion (Chapter 1). In:  Precis III: An update      in
            Obstetrics and Gynecology, American College of Obstetricians and
            Gynecologists, Washington, D.C.

1986*       P.D. Darney.  Preparation of the cervix:  hydrophilic and prostaglandin
            dilators.  Clinics in Obstetrics and Gynecology, 13:43-51.

1986 –      P.D. Darney.  Training Physicians in elective abortion technique in the
            USA. In:  Prevention and Treatment of Contraceptive Failure, pp 133-140,
            Eds: U. Landy and S.S. Ratnam, Plenum, New York.

1986*       R.H. Mattson, J.A. Cramer, P.D. Darney, and F. Naftolin.  Use of oral
            contraceptives in women with epilepsy. Journal of the American Medical
            Association, 256:238-240, 1986.

1986+       R.J. Haggerty, P.D. Darney.  Maternal and child health services (Chapter 58. In:
            Preventive Medicine and Public Health, 12th edition, Ed.: J. Last, Appleton,
            Century, Crofts, New York.

1987*    L. Van Le and P.D. Darney.  Successful pregnancy outcome after cervical
         dilation with multiple laminaria tents in preparation for second-trimester
         abortion.  American Journal of Obstetrics and Gynecology, 156:612-613.

1987*    P.D. Darney, K. Dorward.  Cervical dilation before first-trimester elective
         abortion: A controlled comparison of metenprost, laminaria and hypan.
         Obstetrics and Gynecology, 70:397-400.

1987*    P.D. Darney, U. Landy, S. MacPherson, and R.L. Sweet.  Elective abortion
         training in U.S. obstetrics and gynecology residency programs, Family
         Planning Perspectives  19:158-162.

1987-    P.D. Darney.  Contraception (Chapter 39) in Office Practice of Medicine.
         2nd edition, Ed:  W. Branch, W.B. Saunders, Philadelphia.

1987+    P.D. Darney.  Editor, Office and Ambulatory Gynecologic Surgery, Blackwell
         Scientific Publications. ISGN 0-87489-393-3 Cambridge, MA, 226 pp.

1988     P.D. Darney and S. Kilpatrick.  Cervical dilation prior to termination of
         pregnancy:  A comparison of laminaria, hypan and prostaglandin $E^1$.
         Abstracts, World Congress of Gynecology and Obstetrics, p 491.

1988     P.D. Darney.  Long-acting hormonal contraception.  Contemporary    Ob/Gyn,
         32:90-100.

1988*    P.D. Darney.  Maternal deaths in the less developed world:  preventable
         tragedies, International Journal of Gynecology and Obstetrics, 26:177-179.

1988     P.D. Darney.  Technical Bulletin: Sterilization, American College of
         Obstetricians and Gynecologists, No. 113, 8 pp.

1989     B.J. Dattel, P.D. Darney, L.B. Hauer, et al,  Acceptance of acquired immune
         deficiency syndrome (HIV) risk assessment by an inner-city    women's clinic
         population, Scientific Abstracts, Annual Meeting, American College of
         Obstetricians and Gynecologists

1989*    P.D. Darney and R.L. Sweet.  Routine intraoperative ultrasonography for
         second trimester abortion reduces incidence of uterine perforation.    Journal of
         Ultrasound in Medicine 8:71-75.

1989*    P.D. Darney, S.E. Monroe, C.M. Klaisle, and A. Alvarado.  Clinical
         evaluation of the Capronor contraceptive implant:  Preliminary report.
         American Journal of Obstetrics and Gynecology, 160:1292-1295.

1989*    P.D. Darney, W. Myhra, E. Atkinson, and J. Meier. Serosurvey of human
         immunodeficiency virus infection in women at a family planning clinic:
         absence of infection in a population at risk. American Journal of Public
         Health, 79:883-5.

1990*    P.D. Darney, C.M. Klaisle, S. Tanner and A.M. Alvarado, Sustained    Release
         Contraceptives. Current Problems in Obstetrics, Gynecology and         Fertility
         13:95-125.

1990*    P.D. Darney, E. Atkinson and K. Hirabayashi. Uterine perforation    during
         second trimester abortion by cervical dilation and instrumental extraction: a
         review of 15 cases, Obstetrics and Gynecology, 75:441-444.

1990*    P.D. Darney, E. Atkinson, S. Tanner, et al. Acceptance and perceptions of
           Norplant among users in San Francisco, USA. Studies in Family Planning,
         21:152-160.

1991     P.D. Darney. Subdermal progestin implant contraception. Current   Opinion
         in Obstetrics and Gynecology, 3:470-476.

1992*    I. Sivin, P.D. Darney, et al. Rates and outcomes of planned pregnancy
         after use of Norplant capsules, Norplant II rods, or levonorgestrel-   releasing
         or copper T Cu 380Ag intrauterine contraceptive devices,         American
         Journal of Obstetrics and Gynecology, 166:1208-1213.

1992*    P.D Darney, C.M. Klaisle, S.E. Monroe, C.E. Cook, N.R. Phillips, and A.
         Schindler. Evaluation of a one-year, levonogestrel-releasing contraceptive
         implant: side effects, release rates and biodegradability. Fertility and
         Sterility, 58:137-143.

1992*    P.D. Darney, C.M. Klaisle, D.M. Walker, R. Ghadialy. The importance of
         proper insertion of Norplant Contraceptive Implants, Journal of Family
         Practice, 34:545-546.

1992*    P.D. Darney, C.M. Klaisle, D.M. Walker. The "pop-out" method of   Norplant
         removal, Advances in Contraception, 8:188-189.

1992 –   L. Speroff, and , P.D. Darney, A Clinical Guide for Contraception,     Williams
         and Wilkins, ISBN 0-683-07889-5 Baltimore, MD, 342 pp.

1993     A.T. Lovall, V.E. Cullins. P.D. Darney, A.L. Nelson. Contraception in the
         1990's: new methods more approaches. Patient Care, July 15, 8
         Supplement.

1993*    L. Speroff, A. DeCherney, P.D. Darney, et al.  Evaluation of a new generation of oral contraceptives.  Obstetrics and Gynecology, 81:1034-1047.

1993*    L.D. Hankoff and P.D. Darney.  Contraceptive choices for behaviorally disordered women.  American Journal of Obstetrics and Gynecology, 168:1986-1989.

1993*    M.D. Creinin and P.D. Darney.  Methotrexate and misoprostol for early abortion. Contraception, 48:339-348.

1993+    P.D. Darney, Birth Control, pp 47-48, Yearbook of Science and Technology, S.B. Parker, editor, McGraw-Hill, New York.

1993+    P.D. Darney. Elective abortion by cervical dilation and uterine evacuation. Chap 124, Ultrasound in Obstetrics and Gynecology, F. Chervenak. G. Issacson, S. Campbell, eds. Little Brown, Boston.

1993*    P.D. Darney. Safety and efficacy of a triphasic oral contraceptive containing desogestrel: results of three multicenter trials. Contraception, 48:323-337

1993     P.D. Darney. Who will do the abortions?  Women's Health Issues. 3:158-161.

1994+    D.M. Walker, and P.D. Darney. Long-acting implantable steroid delivery systems, in Gynecology and Obstetrics, J.J. Sciarra, editor, Lippincott.

1994+    M. Creinin and P.D. Darney. Contraception. In: Jacobs AJ, Gast MJ, eds. Practical Gynecology: Appleton-Lange, Inc., Norwalk, CT, pp 29-42.

1994+    M. Creinin, and P.D. Darney. Contraception (Chapter 39) in Office    Practice of Medicine, 3rd edition. Editor: W. Branch, W.B. Saunders,   Philadelphia, pp 475-491.

1994*    P.D. Darney. Hormonal Implants: Contraception for a new century.  American Journal of Obstetrics and Gynecology, 170:1536-42.

1995     P.D. Darney, C.M. Klaisle: How to remove contraceptive implants.   Contemp Ob/Gyn; 40:52-65.

1995     P.D. Darney. Contraceptive implants: Proper technique for rapid,      problem-free removal. Women's Health Reports;1:9-16.

1995*    P.D. Darney. The androgenicity of progestins, American Journal of   Medicine, 98:104-10.

1996*   P.D. Darney, R. N. Taylor, C. Klaisle, K. Bottles, C. Zaloudek. Serum concentrations of estradiol, progesterone, and levonorgestrel are not determinants of endometrial proliferation or abnormal bleeding in long-term Norplant users. Contraception, 53:97-100.

1996   P.D. Darney, Use of implant contraception in the post-partum period. Fertility Control Reviews, 4:8-11.

1996-   P.D. Darney, N. Horbach, A.P. Korn, Protocols for Office Gynecologic Surgery, ISBN 0-86542-374-1, Blackwell Science, Cambridge, 491 pp.

1996-   L. Speroff and P.D. Darney, A Clinical Guide for Contraception, 2nd edition, ISBN 0-683-18035-5 Williams and Wilkins, Baltimore, 394 pp.

1996*   P.D. Darney. Oral contraceptives and cardiovascular disease. Seminars   in Reproductive Endocrinology, 14:51-62.

1996   P.D. Darney. Cardiovascular benefits of oral contraceptives. Women's Health Digest, 2(1):22-27.

1996   M.D. Creinin, E. Vittinghoff, P.D. Darney. Methotrexate and misoprostol   for early abortion: A multi-center trial, European Journal of Contraception and Reproductive Health Care, 1:169 (abs)

1996   P.D. Darney. C. Klaisle, M. Zieman. Patient and provider experience with removal of two levonorgestrel rods (Norplant II) compared to 6 capsules (Norplant®), European Journal of Contraception and   Reproductive Health Care, 1:153 (abs)

1996   P.D. Darney, Pill Scare in profile- global perspectives: USA. Gynaecology Forum, 1: 25-26.

1996*   M. Creinin, E. Vittinghoff, L. Keder, P.D. Darney, G. Tiller. Methotrexate and misoprostol for early abortion: a multicenter trial. I. Safety and efficacy. Contraception, 53:321-327.

1997   C. Klaisle, P.D. Darney. Three techniques for removing contraceptive implants. Contemporary Ob/Gyn, 41:17-25.

1997*   I. Sivin, P. Lahteenmaki, S. Ranta, P.D. Darney, et al. Levonorgestrel concentrations during use of levonorgestrel rod (LNG ROD) implants. Contraception, 55:81-85.

1997*   M. Zieman, S. Fong, N. Benowitz, D. Bankster, P.D. Darney. Absorption kinetics of misoprostol with oral or vaginal administration. Obstetrics and Gynecology, 90:88-92.

1997*   J. Steinauer, T. Depineres, A. Robert, J. Westfall, P.D. Darney. Reproductive health training in family practice residency programs: a nationwide survey. Family Planning Perspectives, 29:222-227.

1997*   H. Kuiper, S. Miller, E. Martinez, L. Loeb, P.D. Darney. The double paradox: urban adolescent females and the decline of contraceptive implants. Family Planning Perspectives, 29:167-172.

1997*   M. Crenin, E. Vittinghoff, E. Schaff, C. Klaisle, C. Dean, P.D. Darney. Medical abortion with oral methotrexate and vaginal misoprostol.   Obstetrics and Gynecology, 90:611-616.

1997 *   M. Zieman, C. Klaisle, D. Walker, E. Balistreri, P.D. Darney.   Instruments versus fingers for removing contraceptive implants   (Norplant®). J. Gynecologic Techniques, 3:4:213-217.

1998*   I Sivin, D.R. Michell, Jr, P.D. Darney, L. Wan, M. Christ. Levonorgestrel Capsule Implants in the United States: A 5-Year Study. Obstetrics and Gynecology, 92:3:337-344.

1998*   I. Sivin, F. Alvarez, D. Mishell, P. Darney, L. Wan, V Brache, M. Lacarra, C. Klaisle, J. Stern; Contraception With Two Levonorgestrel Rod Implants: A 5-Year Study in the United States and Dominican Republic;   Contraception, 58:275-282.

1998*   V. Mancuso, J. Poudyal, S. Kishore, S. Padyha, P.D. Darney, Manual vacuum aspiration and contraceptive counseling in the outpatient setting for the treatment of incomplete abortion: A prospective cohort study in Kathmandu, Nepal, Journal of Gynecologic Techniques, 4:2:61-65.

1999÷   R Hatcher, M. Zieman, A. Watt, A Nelson, G. Stewart, P. Darney, R. Blankstein; A Pocket Guide to Managing Contraception. Bridging the Gap Foundation, Tiger, Georgia, 1999.

1999÷   D. Walker, P.D. Darney. Progestin implants. Chapter 38 in Gynecology and Obstetrics. J.J. Sciarra, editor, Lippincott-Raven.

1999÷   P.D. Darney, An Overview of Side Effects, Chap. 59, pp. 751-782, in: Estrogens and Progestogens in Clinical Practice. I.S. Fraser, R. Jansen, R.A. Lobo, M. Whitehead, eds, Churchill Livingstone.

1999*    L. MacIsaac, D. Grossman, E. Balestreri, P.D. Darney, A randomized, controlled trial of laminaria, oral, and vaginal misoprostol before     abortion. Obstetrics and Gynecology, 93:766-70.

1999*    P.D. Darney, L. Callegari, A. Swift, E. Atkinson, A. Robert, Condom practices of urban teens using Norplant®, oral contraceptives and   condoms for contraception, American Journal of Obstetrics and Gynecology, 180:929-937.

1999+    L. MacIsaac, P.D. Darney, Progestin-only contraception. Chapter 7 (pp 75-91) in Contraception and Office Gynecology: choices in reproductive healthcare. A. Kubba, I. Sanfilippo, N. Hampton, eds, W.B. Saunders, London, 1999

1999*    V.A. Mancuso, S. Kishore, J. Poudyal, P.D. Darney, Post abortion     care in Kathmandu: A comparision of manual vacuum aspiration and hospitalization, Journal of Gynecologic Techniques, 4:61-65.

1999+    J. Edwards, P.D. Darney, M. Paul, Surgical abortion in the first trimester. Chap. 9 (pp 123-138) in A Clinician's Guide to Medical and Surgical Abortion. M. Paul, S. Lichtenberg, L. Borgatta, D. Grimes and P. Stubblefield, eds, Churchill Livingstone, New York.

1999*    E. Weisberg, I. Fraser, D. Mishell Jr., M. Lacarra, P.D. Darney, T. Jackanicz, A comparative study of two contraceptive vaginal rings releasing norethindrone acetate and differing doses of ethinyl estradiol, Contraception, 59:305-310.

2000*    I. Sivin, D.R. Mishell, Jr., S. Diaz, A. Biswas, F. Alvarez, P.D. Darney, P. Holma, L. Wan, V. Brache, O. Kiriwat, K. Abdalla, I. Campodonico, S. Pasquale, M. Pavez, J. Schechter, Prolonged effectiveness of Norplant® capsule implants: A 7-year study, Contraception, 61:187-194.

2000*    E.A. Drey, L.J. Thomas, N.L. Benowitz, N. Goldschlager, P.D. Darney, Safety of intra-amniotic digoxin before late second-trimester abortion by dilation and evacuation, American Journal of Obstetrics and Gynecology, 182:1063-1066.

2000*    T. Raine, C. Harper, K. Leon, P.D. Darney, Emergency Contraception: A randomized controlled trial of education and advance provision in a young, high-risk, urban population, Obstetrics and Gynecology, 96:1-7.

2000*    R. Jackson, E. Schwarz, L. Freedman, P.D. Darney, Knowledge and willingness to use emergency contraception among low-income post-partum women, Contraception, 61:351-357.

2000*    L. MacIsaac, P.D. Darney, Early surgical abortion: an alternative to and back-up for medical abortion, American Journal of Obstetrics and Gynecology, 183:2:S76-S83.

2000–    C. Klaisle, P.D. Darney, From Launch to Litigation: Norplant in America
         (pp.587-596) in Intertility and Reproductive Medicine Clinics of North America:
         Contraception. D. Shoupe, ed, W.B. Saunders, Philadelphia 2000.

2000     R.T. Burkman, L. Borgatta, F.M. Fisk, P.D. Darney, et al, A Contraceptive Patch
         and Oral Contraceptives Produce Similar Effects on Cervical Mucus and
         Endometrium. Scientific Abstracts, Annual Meeting, American Society for
         Reproductive Medicine, pp. S69-70.

2000–    K.R. Meckstroth, P.D. Darney, Implantable Contraception (pp. 781-815) in
         Obstetrics and Gynecology Clinics of North America: Update in Contraception
         R.T. Burkman, ed, W.B. Saunders, Philadelphia 2000.

2000*    P.D. Darney, Implantable contraception, The European Journal of
         Contraception andReproductive Health Care 2000;5(Suppl 2):2-11

2001–    L. Speroff and P.D. Darney, A Clinical Guide for Contraception, 3rd edition,
         ISBN No. 0-7817-2984-X, Lippincott Williams and Wilkins, Philadelphia, 448
         pp.

2001*    A.B. Goldberg, M.B. Greenberg, P.D. Darney, Misoprostol and pregnancy, New
         England Journal of Medicine, 344:1:38-47.

2001*    P.D. Darney, The role of levonorgestrel implants in hormonal contraception,
         Gynecological Endocrinology, 15:1-7.

2001–    R.A. Hatcher, A. Nelson, M. Zieman, P.D. Darney, M. Creinin, A Pocket Guide
         to Managing Contraception. 3rd edition, ISBN 0-9671939-3-1, Bridging the Gap,
         162 pp.

2001*    R. Jackson, V. Teplin, E. Drey, L.J. Thomas, P.D. Darney, Digoxin to facilitate
         late second-trimester abortion: a randomized, masked, placebo-controlled trial,
         Obstetrics and Gynecology, 97:3:471-476.

2001–    A.B. Goldberg, P.D. Darney, Female Contraception, Chapter 104 in Principles
         and Practice of Endocrinology and Metabolism. Third Edition. K.L. Becker, ed,
         Williams and Williams, Philadelphia, in press.

2001–    A.B. Goldberg, P.D. Darney, Complication and side effects of steroidal
         contraception, Chap. 105 in Principles and Practice of Endocrinology and
         Metabolism. Third Edition. K.L. Becker, ed, Williams and Williams,
         Philadelphia, in press.

2001*    C. Klaisle, M. Zieman, J. Allen, M.D. Patel, E.A. Sickles, P.D. Darney. Insertion, removal and imaging of subdermal contraceptive capsules, American Journal of Obstetrics and Gynecology, in press.

2001*    G. Sawaya, C. Harper, I. Boggess, P.D. Darney, Cervical neoplasia risk in women provided hormonal contraception without a Pap smear, Contraception, in press.

2001*    C. Harper, L. Balestreri, K. Lem, J. Boggess, P.D. Darney. Safety and efficacy of hormonal contraception without a pelvic exam, Family Planning Perspectives, in press

2001*    M.B. Tiras, V. Noyan, N. Fener, H. Guner, M. Yildirim, P.D. Darney. Effects of monthly injectable steroidal contraceptive, Mesigyna, on menstrual pattern, lipoproteins and coagulation parameters. Contraception, in press.

* peer reviewed journal;        + chapter or book

---

## STUDIES UNDERWAY - PRINCIPAL INVESTIGATOR

A comparative clinical trial of 2 and 6 implant levonorgestrel contraceptive systems: (CHR #429-05388-01)

Long term follow-up of Norplant users (CHR #429-07941-04)

Endometrial VEGF: Endocrine regulation of angiogenesis (CHR #2051-12211-01A)(CoPI)

Safety, patient acceptability and efficacy of Cycloprovera vs. OrthoNovum 7/7/7 (CHR H 429-13853-01)

Evaluation of California's First Stop and Family PACT programs (CHR # H 429-14083-02)

Trial of the safety, efficacy, cycle control, compliance with, and local effects of an all EVA vaginal contraceptive ring (CHR # H12914508-01)

Acceptability and efficacy of preemptive distribution of emergency contraception to teens and post-partum women (CHR # H429-14629-01; H429-14916-01A)

Evaluation of the effects of a contraceptive patch on cervical mucus and the endometrium (CHR # H429-15688-01)

The effect of cyclic topical estrogen on continuation rates with Depo-Provera contraceptive use: A double blind randomized controlled trial (CHR # H429-15660-01A)

Clinical trial of a progestin-only post-coital contraceptive (CHR # H429-16111-01B)

The efficacy and acceptability of digoxin in second trimester abortion; a randomized, placebo-controlled clinical trail (CHR # H429-15970-01A)

A prospective, randomized double-blind, placebo-controlled trial comparing mifepristone and misoprostal to misoprostol alone for abortion at 56 days or less (CHR # H429-17663-01)

A pharmacodynamics of buccal vs. vaginal vs. oral administration of misoprostol in pregnant women (CHR # H429-17883-01)

Safety and acceptability of a levonorgestrel intrauterine contraceptive system (CHR # H429-17728-01A)

---

## RESEARCH GRANTS AND CONTRACTS - PRINCIPAL INVESTIGATOR

1981-83   Cervical cap and diaphragm contraceptives - a comparative clinical trial (NICHD through Los Angeles Area Regional Family Planning Council - $285,211)

1981-82   Randomized comparison of oral contraceptive preparation on cardiovascular risk factors and blood lipid components. (Syntex        Laboratories - $11,875)

1983-90   Comparative use effectiveness of two levonorgestrel contraceptive implant systems. (Population Council - $98,000/year)

1983-84   Safety, efficacy and acceptability of menfegol as a vaginal spermicide. (Ortho Pharmaceutical Corp. - $15,000)

1984-85   Meteneprost for first and early second trimester abortion (Upjohn Co. - $65,000)

1985-92   Safety and long term effects of silastic bands for tubal sterilization        (Centers for Disease Control - $163,973)

1986-87   Comparative trial of hypan polymer and laminaria tents as cervical   dilators (Health Products Research - $5,500)

1986-89   Capronor contraceptive system - a clinical evaluation (National Institute        of Child Health and Human Development - $447,646)

1986-87   Acceptability of implant contraception. (Population Council - $7,395)

1988-90   Evaluation of safety, efficacy and acceptability of a sustained release norethindrone contraceptive system (Family Health International -    $121,000)

1984-94 Community-based cohort study to prevent HIV transmission in women and infants (Centers for Disease Control - $309,743)

1989-90 Comparative trial of desogestrel and norethindrone phased oral contraceptives (Clinical Research International $99,200)

1990-91 Trial of gestodene phased oral contraceptive (Wyeth-Ayerst - $33,000)

1989-94 Comparative trial of T380A and Flexiguard 330 IUDs (Gynopharma - $60,000/yr)

1990-95 Comparative efficacy, safety and acceptability of Norplant and Norplant-2 (Population Council - $135,000/yr)

1990-95 Lipoprotein effects of Norplant II (Population Council - $35,000/yr)

1991-96 Release rates of levonorgestrel by two different contraceptive silastic implants (Population Council - $35,000/yr)

1992-97 Acceptability of Norplant by teenagers (Kaiser Foundation - $60,000/yr)

1993-97 Factors influencing adolescent contraception (Stuart Foundation - $55,000/yr)

1993-95 Methotrexate and misoprostol for termination of early pregnancy (Buffet Foundation - $79,000/yr)

1994-95 Trial of safety, efficacy, acceptability, and hormone levels comparing vaginal ring 1/15 to vaginal ring 1/20 (Population Council $92,000/yr)

1994-95 Norplant localization with radiologic techniques (Wyeth Ayerst Laboratories, $34,000/yr)

1994-96 Trial of the safety and efficacy of a 3 keto desogestrel contraceptive implant (Organon $60,000).

1995 Pharmaco dynamics of vaginal vs. oral misoprostol (Buffett Foundation, $28,000)

1995-00 Endometrial VEGF: Endocrine regulation of angiogenesis - (National Institute of Child Health and Human Development - $1,419,650, co-investigator)

1995-00 Phase IV evaluation of contraceptive implant safety and acceptability (Wyeth Ayerst Laboratories, $675,000)

1993-99    Evaluation of reformulated Norplant II acceptability and safety (Wyeth Ayerst Laboratories, $75,000/yr)

1996-97    Evaluation of oral methotrexate and vaginal misoprostol for early abortion (Buffett Foundation, $170,000)

1997-06    Support for UCSF Center for Family Planning Research (Buffett Foundation $200,000 year)

1997-00    Evaluation of "First Stop" and "Family PACT" programs (California Department of Health Services, $4,857,510)

1997-98    Safety and efficacy of a once monthly injectable contraceptive containing DMPA and estradiol cipronate. (Pharmacia and UpJohn, $68,700)

1997-99    Trial of the safety, efficacy, cycle control, compliance with, and local effects   of an all EVA vaginal contraceptive ring (Organon, Inc. $77,385)

1998-99    Trial of pre-emptive distribution of emergency contraceptive pills to teens and post-partum women (Packard and Compton Foundations, $51,000)

2000-06    Evaluation and monitoring of California's publicly-funded family planning programs (California Department of Health Services, $12,112,000)

1998-00    Safety of a contraceptive skin patch containing norgestimate and ethinyl estradiol (R.W. Johnson Research Foundation, $50,000)

1999-00    The effect of cyclic topical estrogen on DMPA continuation rates (Buffett Foundation, $39,000)

2000-01    Pharmacodynamics of buccal, vaginal and oral misoprostol in pregnant women (Buffett Foundation, $127,000)

2000-01    Randomized comparison of misoprostol and mefipristone vs. misoprostol alone for abortion at less than 56 days (Buffett Foundation, $37,000)

2000-01    Safety and acceptability of a levonorgestrel intrauterine contraceptive system (Organon, Inc., $31,300)

## EDUCATIONAL AND SERVICE GRANTS AND CONTRACTS

1981-83    "Teens 'N Theater" adolescent family life education project. (California State Office of Family Planning - $140,000)

1984       "Teens 'N Theater" adolescent family life education project. (Levi Strauss
           Foundation - $40,000)

1981-97    Voluntary Sterilization Project at San Francisco General Hospital.
           (California State Office of Family Planning - $287,500/year)

1981-97    University of California Family Planning Project at San Francisco       General
           Hospital. (California State Office of Family Planning - $374,146/year)

1985-86    Production of voluntary sterilization educational film for women
           (California State Office of Family Planning - $84,156)

1986-87    Production of a voluntary sterilization educational film for men
           (California State Office of Family Planning $102,479)

1987-88    Production of an educational module for multi ethnic heterosexual     women
           about risk factors, transmission and prevention of AIDS.        (California State
           Office of AIDS - $66,000)

1990-91    Improving family planning services to adolescents in San Francisco.
           (Cowell Foundation - $60,000)

1992-97    Augmented family planning services to teens. (California State Office of
           Family Planning - $75,000)

1991-99    Postdoctoral fellowship in Family Planning (Buffet Foundation -
           $50,000/yr)

1993-94    Production of contraceptive implants continuing medical education    videotape
           (Wyeth Ayerst Laboratories - $65,000)

1993-96    Fellowships in international family planning (Mellon Foundation -       $30,000)

1994-95    Medical student stipends for family planning research (Buffett
           Foundation - $15,000/year)

1995-98    Male involvement in teen family planning (Gellert Foundation - $75,000)

1995-97    Mentorship and peer counseling in teen contraception (Goldman
           Foundation - $78,521)

1996-97    "Teensmart" (California Office of Family Planning - $88,000)

1997-2000  Fellowships in international family planning (Packard Foundation -    $36,000)

| | |
|---|---|
| 1997-99 | "Community Challenge" grant for expanded teen services (California Office of Family Planning - $178,000/year) |
| 1997-98 | Teen mentor program (Goldman Foundation - $180,000) |
| 1997-99 | Promotion of health services to at-risk teens at the "New Generation Health Center". (Goldman Foundation, $60,000/yr) |
| 1997-2000 | Postdoctoral fellowship in contraceptive research (Wyeth-Ayerst Laboratories, $50,000/year) |
| 1997-98 | Teen pregnancy prevention outreach (Gold Foundation - $50,000) |
| 1997-98 | International conference on prevention of septic abortion (Packard Foundation - $50,000) |
| 1998-0 | Postdoctoral training in contraceptive research (Hewlett Foundation, $200,000) |
| 2000-03 | International training in family planning (Packard Foundation, $650,000) |
| 2000-03 | Family planning leadership development (Public Health Institute, $270,000) (co-investigator) |
| 2001-03 | Postdoctoral training in contraceptive research (Hewlett Foundation, $900,000) |

## RECENT LECTURES and VISITING PROFESSORSHIPS

| | |
|---|---|
| 2/18/98 | Intrauterine contraception, Grand Rounds, State University of New York, Stony Brook |
| 2/18/98 | New progestins for contraception, Grand Rounds, Long Island Jewish Hospital, New York |
| 3/7/98 | Methods of medical abortion, International Workshop on Prevention of Abortion Complications, San Francisco |
| 3/16/98 | Misotrostol in obstetrical practice, Visiting Professor, Hanoi   Obstetrical and Gynecological Hospital, Vietnam |
| 5/4/98 | New developments in contraception, Visiting Professor, McGill University, Montreal |
| 5/5/98 | Intrauterine contraception, Grand Rounds, University of Montreal |

9/4/98      Concomitant condom use by teen contraception, American Gynecological
            and Obstetrical Society, Homestead, Virginia

9/10/98     Implant contraception, Seminar, Columbia University, New York

9/22/98     Intrauterine contraception, Grand Rounds, Mercy Hospital, Sacramento

10/28/98    New developments in contraception, oral contraception and thrombosis,
            American College of Obstetricians and Gynecologists, District V, Napa

1/27/99     Implantable contraceptives, Grand Rounds, University of Washington, Seattle

1/28/99     Contraception and STDs, Grand Rounds, Santa Clara Valley Medical Center,
            San Jose

3/10/99     Recent developments in contraception, Grand Rounds, University of Kansas,
            Wichita

3/11/99     Recent developments in contraception, Grand Rounds, University of Michigan,
            Ann Arbor

4/15-16/99 New progestins; Implant contraception, Turkish Family Planning Association,
            Ankara

9/7/99      Contraceptive research and development at UCSF, Grand Rounds, UCSF
            Department of Obstetrics, Gynecology and Reproductive Sciences

9/12/99     New developments in contraception, St. Joseph's Hospital, Denver, Colorado

9/28/99     Contraceptive research at UCSF, Grand Rounds, Obstetrics and Gynecology,
            University of California, San Francisco

10/2/99     Cancer and contraception; Sexually transmitted infections and contraception,
            Oregon Health Sciences University Post Graduate Course, Portland

11/7/99     Contraception for women with medical problems, UCSF Post Graduate course
            review in Obstetrics and Gynecology

1/30/00     Advances in contraception and sterilization, Pan Pacific Surgical Association,
            Honolulu

4/16/00     Contraception for adolescents, North American Society for Pediatrics and
            Adolescent Gynecology, Atlanta

4/27/00     New developments in contraception, University of Minnesota, Minneapolis

| | |
|---|---|
| 6/21/00 | Sustained-release contraception, Northern California Obstetrical and Gynecological Society, Sacramento |
| 6/30/00 | Hormonal contraception without a pelvic exam, European Society for Contraception, Ljubljana, Slovenia |
| 9/6/00 | Implantable contraception, International Federation of Gynecologists and Obstetricians, Washington, DC |
| 9/8/00 | Predictors of endometriosis, American Gynecology and Obstetrics Society, Kingsmill, VA |
| 10/25/00 | Effects of transdermal steroids on endometrium and cervical mucus, American Society of Reproductive Medicine, San Diego, CA |
| 11/13/01 | New Developments in Contraception, Obstetrics and Gynecology Grand Rounds, Stanford University, Palo Alto, CA |
| 12/13/00 | New Developments in Contraception, Obstetrics and Gynecology Grand Rounds, UC Davis, CA |

## REFERENCES

Jonathan Berek, Professor and Vice Chair, Department of Obstetrics and Gynecology, University of California, Los Angeles, School of Medicine, 10833 Le Conte Avenue, Los Angeles, CA 90024-1740

Alan DeCherney, Professor and Chair, Department of Obstetrics and Gynecology, University of California, Los Angeles, School of Medicine, 10833 Le Conte Avenue, Los Angeles, CA 90024-1740

David A. Grimes, Vice President for Medical Affairs, Family Health International, P.O. Box 13950, Research Triangle Park, NC 27709

Daniel R. Mishell, Jr., Chair, Department of Obstetrics and Gynecology, University of Southern California School of Medicine, Women's and Children's Hospital, 1240 North Mission Road, Los Angeles, CA 90033

Anita Nelson, Professor, Department of Obstetrics and Gynecology, University of California, Los Angeles-Harbor Hospital, 1000 W. Carson Street, N-35, Box 474, Torrence, CA 90509

Allan Rosenfield, Dean, School of Public Health, Columbia University, 600 W. 168th Street, New York, NY 10032

Kenneth J. Ryan, Chair Emeritus, Department of Obstetrics and Gynecology, Harvard Medical School, 75 Francis Street, Boston, MA 02115-6195

Leon Speroff, Professor, Department of Obstetrics and Gynecology, Oregon Health Sciences University, 3181 SW Sam Jackson Park Road, Portland, OR 97201-3098

Richard L. Sweet, Chair, Department of Obstetrics, Gynecology and Reproductive Sciences, University of Pittsburgh, Forbes and Market Streets, Pittsburgh, PA 15213

Robert N. Taylor, Professor, Department of Obstetrics, Gynecology and Reproductive Sciences, University of California, San Francisco, Box 0132, San Francisco, CA 94143



Figure 5.1
Primary Contraceptive Method Before and After Clients'
First Family PACT Visit

Clients adopt more effective methods of contraception after their first Family PACT visit.

Source: Family PACT client chart review.

## CURRICULUM VITAE

### Thomas R. Easterling, M.D.

#### Personal Data

| | |
|---|---|
| Home Address | 5716 Ann Arbor, N.E.<br>Seattle, Washington 98105 |
| Business Address | Department of Obstetrics and Gynecology<br>University of Washington Medical Center 356460<br>University of Washington<br>Seattle, Washington 98195<br>(206) 543-1521 or 543-3714 |
| Date of Birth | January 20, 1950 |
| Place of Birth | Greensboro, North Carolina |
| Marital Status | Married<br>Wife: Deane M. Easterling<br>Children: Lauren Emily, John Thomas |
| Social Security Number | 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 |
| Board Certification | Obstetrics and Gynecology 1986<br>Maternal Fetal Medicine 1989 |

#### Education

| | |
|---|---|
| Undergraduate Education<br>Davidson College, Davidson, N.C.<br>B.A., Psychology | 1968 - 1972 |
| Graduate Education<br>University of North Carolina, Chapel Hill, N.C.<br>Teaching certification in elementary education | 1972 - 1973 |
| University of North Carolina, Greensboro, N.C<br>Premedical course work | 1976 - 1977 |
| Medical Education<br>University of North Carolina Medical School<br>M.D. | 1977 - 1981 |
| Oregon Health Sciences University<br>Residency in OB/GYN | 1981 - 1985 |
| University of Washington<br>Fellowship, Maternal-Fetal Medicine | 1985 - 1987 |

#### Employment Experience

St. Mark's School of Texas, Dallas, Texas                          1973 - 1976
Teacher

## Honors and Awards

Cum Laude: Davidson College. Davidson, North Carolina

Honors: University of North Carolina Medical School, 1977-1981

Merck Manual Award, 1979

AOA, 1980

Young Investigator Award. 6th International Congress of the International Society for the Study of Hypertension in Pregnancy, Montreal, 1988

Resident Teaching Award, University of Washington, 1988

Frank Lynch Memorial Essayist, Pacific Coast Obstetrics and Gynecological Society, 1988

Society Award, Society of Perinatal Obstetricians, Annual Meeting 1989

Best Poster of Session I, Society of Perinatal Obstetricians. Annual Meeting 1991

Best Poster of Session IV, Society of Perinatal Obstetricians. Annual Meeting 1991

Department Research Initiative Award, Obstetrics & Gynecology, 1999

## Appointments

Acting Instructor, Department of Obstetrics and Gynecology. University of Washington, Seattle, Washington. July 1985-June 1987.

Assistant Professor, Department of Obstetrics and Gynecology, University of Washington. Seattle. Washington. July 1987-June 1992.

Associate Professor, Department of Obstetrics and Gynecology. University of Washington, Seattle. Washington. July 1992-present

## Administration

Director - Prenatal Diagnosis, 1989 - 1995

Chairman - Utilization Management Committee, University of Washington Med. Center. 1990 - 1997

Chairman - Scientific Advisory Committee. Clinical Research Center. 1992-1995

Chairman - Perinatal Operations Committee, 1995- 1999

Medical Director - UWMC Midwifery, 1994-present

Chairman - Quality Improvement Committee, Department of Ob and Gyn, 1995-1998

## Organizational Memberships

The American College of Obstetricians and Gynecologists

The International Society for the Study of Hypertension in Pregnancy

Society of Maternal Fetal Medicine

National Abortion Federation

Seattle GYN Society

North American Society for the Study of Hypertension in Pregnancy - Board of Directors, Secretary-Treasurer 1997-2000, Vice President 2000 - present

President - 10th International Congress of the International Society for the Study of Hypertension in Pregnancy

Preeclampsia Foundation - Director of Medical Board 2000 - present

## Reviewer

Obstetrics and Gynecology

American Journal of Obstetrics and Gynecology

New England Journal of Medicine

Hypertension in Pregnancy

American Journal of Perinatology

Hypertension

## Study Section

1995 - NIH-NICHD Maternal Fetal Medicine Network Grant

1999 - San Antonio Evidence-based Practice Center, "Treatment of Hypertension in Pregnancy"

## Grants

American Heart Association, Washington Chapter, "Hypertension in Pregnancy," Principal Investigator, 1986-1989, $63,514.

National Institutes of Health, "Histopathology and Antibiotic Therapy in Premature Labor," Investigator, 1987-1990, $619,539.

National Institutes of Health, "Hypertension in Pregnancy," Co-investigator 1988-1991, $196,386.

National Institutes of Health General Clinical Research Center, Clinical Associate Physician, 1987-1990, $159,000.

National Institutes of Health, NIH Small Instrumentation Grant, 1989, $5,000.

National Institutes of Health, Biomedical Research Support Grant, "Prevention of Preeclampsia," 1989-90, $20,000.

American Diabetes Association, "Diabetes and Hypertension in Pregnancy," Principal Investigator, 1991-1993. $79,830.

John A. Hartford Foundation, "Obstetrics and Access Demonstration Project," Investigator, 1990-1991. $331,000.

National Institutes of Health, "Histopathology and Antibiotic Therapy in Premature Labor," Investigator, 1991-1996. $1,676,011.

Diabetes and Endocrinology Research Center, "Preeclampsia: A Primate Model," Principal Investigator, 1991-1993. $50,000.

BIBLIOGRAPHY
Thomas R. Easterling

*Papers*

1.  Easterling TR, Garite TJ: Fusobacterium: Anaerobic occult amnionitis and premature labor. Obstet Gynecol 1985;66:825-828.

2.  Easterling TR, Watts DH, Schmucker BC, Benedetti TJ: Measurement of cardiac output during pregnancy: Validation of Doppler technique and clinical observations in preeclampsia. Obstet Gynecol 1987;69:845-850.

3.  Watts DH, Luthy DA, Benedetti TJ, Cyr DR, Easterling TR, Hickock DE: Intrauterine fetal transfusion under direct ultrasound guidance. Obstet Gynecol 1988;71:84-86.

4.  Easterling TR, Chadwick HS, Otto CM, Benedetti TJ: Aortic stenosis in pregnancy. Obstet Gynecol 1988;72:113-118.

5.  Easterling TR, Schmucker BC, Benedetti TJ: The hemodynamic effects of orthostatic stress during pregnancy. Obstet Gynecol 1988;72:550-552.

6.  Easterling TR, Benedetti TJ, Schmucker BC, Carlson KL: Antihypertensive therapy in pregnancy directed by noninvasive hemodynamic monitoring. Amer J Perinat 1989;6:86-89.

7.  Eberhardt H, Cyr DR, Easterling TR, Hyberg DA, Mack LA: Diagnosis of a uterine arteriovenous malformation by duplex sonography. Jour Diag Med Sonog 1988;4:130-132.

8.  Benedetti TJ, Easterling TR: Antepartum testing in post term pregnancy. Jour Rep Med 1988;33:252-258.

9.  Easterling TR, Benedetti TJ, Carlson KL, Watts DH: Measurement of cardiac output in pregnancy: Impedance vs thermodilution techniques. Brit J Obstet Gynecol 1989;96:67-69.

10.  Stenkamp SJ, Easterling TR, Chadwick HS: Effect of epidural and intrathecal morphine on length of postcesarean hospital stay. Anesthesia and Analgesia 1989;68:66-69.

11.  Greer BE, Easterling TR, McLennan DA, Benedetti TJ, Cain JM, Figge DC, Tamimi HK, Jackson, JC: Fetal and Maternal Considerations in the Management of Stage I-B Cervical Cancer During Pregnancy. Gyn Oncol 1989;34:61-65

12.  Coombs AC, Easterling TR, Schmucker BC, Benedetti TJ: Hemodynamic observations during paroxysmal hypertension with pheochromocytoma in pregnancy. Obstet Gynecol 1989;74:439-441.

13.  Easterling TR, Benedetti TJ: Preeclampsia: A hyperdynamic disease model. Amer J Obstet Gynecol 1989;160:1447-1453.

14.  Easterling TR, Carlson KL, Schmucker BC, Brateng DA, Benedetti TJ: Measurement of cardiac output in pregnancy by Doppler technique. Amer J Perinat 1990;7:220-221.

15.  Easterling TR, Benedetti TJ, Schmucker BC, Millard SP: Maternal hemodynamics in normal and preeclamptic pregnancies: A longitudinal study. Obstet Gynecol 1990;76:1061-1069.

16. Easterling TR, Schmucker BC, Carlson KL, Benedetti TJ: Maternal hemodynamics in pregnancies complicated by hyperthyroidism. Obstet Gynecol 1991;78:1073-1077.

17. Easterling TR, Brateng D, Goldman ML, Strandness DE, Zaccardi MJ: Renal vascular hypertension during pregnancy. Obstet Gynecol 1991;78:921-925.

18. Easterling TR, Benedetti TJ,Carlson KL, Brateng DA, Wilson, Schmucker BC: The effect of maternal hemodynamics on fetal growth in hypertensive pregnancies. Amer J Obstet Gynecol 1991;165:902-906.

19. Reiss WG, Bauer LA, Horn JR, Zierler BK, Easterling TR, Strandness DE: The effects of oral nifedipine on hepatic blood flow in man. Clinical Pharmacology and Therapeutics 1991:49:379-384.

20. Chadwick HS, Easterling TR: Anesthetic concerns in the patient with preeclampsia. Sem Perinatol 1991;15:397-409.

21. Uhrich S, Easterling TR, Mack L, Disteche CM, FitzSimmons J: Brief case report: Partial trisomy 6q syndrome: diagnosed in utero. Am J Medical Genetics 1991;41:282-283.

22. Easterling TR, Benedetti TJ, Schmucker BC, Carlson KC, Millard SP: Maternal hemodynamics and aortic diameter in normal and hypertensive pregnancies. Obstet Gynecol 1991;78:1073-1077

23. Easterling TR, Carlson KL, Mancuso JJ, Benedetti TJ: Hemodynamics associated with the diagnosis and treatment of pheochromocytoma in pregnancy. Amer J Perin 1992;9:464-466.

24. Davison L, Easterling TR, Jackson JC  Benedetti TJ: Breech extraction of low birth weight second twins: Can cesarean section be justified? Amer J Obstet Gynecol 1992;166:497-502.

25. Droste S, Sorenson TS. Price T, Sayers M, Benedetti TJ, Easterling Tr, Hendricks SH: Maternal and fetal hemodynamic effects of autologous blood donation during pregnancy. Amer J Obstet Gynecol 1992;167:89-93.

26. Sorensen TS, Hendricks SH, Carlson KL. Easterling TR, Benedetti TB: The effect opf orthostatic stress on umbilical Doppler waveforms  n normal and hypertensive pregnancies. Amer J Obstet Gynecol 1992;167:643-647.

27. Trauscht-Van Horn JJ, Capeless EL, Easterling TR, Bovill EG: Pregnancy loss and thrombosis with protein C deficiency. Amer J Obstet Gynecol 1992;167:968-972.

28. Easterling TR  The maternal hemodynamics of preeclampsia. Clin Obstet Gynecol 1992  1:375-386.

29. Sorensen TK, Easterling TR, Carlson  KL, Brateng DA, Benedetti TJ. The maternal hemodynamic effect of indomethacin in normal pregnancy. Obstet Gynecol 1992:79:661-663.

30. Parrish KM, Holt VL, Easterling TR, Connell FA, LoGerfo JP. The effect of changes in maternal age, parity and birthweight distribution  on primary cesarean section rates. JAMA  1992: 271: 443-447.

31. Van Hook JW, Gill P, Easterling TR, Schmucker B, Carlson K, Benedetti TJ. The hemodynamic effects of isometric exercies during late normal pregnancy. Amer J Obstet and Gynecol 1993: 169 (4): 870-3.

32. Guntheroth WG, Cyr DR,Winter T, Easterling T, Mack LA. Fetal Doppler echocardiography in pulmonary atresia. J Ultrasound-Med. 1993; 12(5):281-4.

33. Gill P, Cyr D,Afrakhtan M, Mack L, Easterling T. Induction of fetal demise in advanced pregnancy terminations:report on a funic potassium chloride protocol. Fetal-Diagn-Ther.1994; 9(4): 278-82.

34. Reis WG, Bauer LA, Horn JR, Zierler BK, Easterling TR, Strandness DE. Acute effects of sublingual nitroglycerin on hepatic blood flow in healthy volunteers. J Clin Pharmacol 1994; 34:912-918.

35. Powell SL, Holt VL, Hickok DE, Easterling TR, Connell FA. Recent changes in delivery site of low-birth-weight infants in Washington: Impact on bith weight-specific mortality. Amer J Obstet and Gynecol 1993; 173 (5): 1410-1592.

36. Coonrod DV, Hickok DE, Kangmin D, Easterling TR, Daling JR. Risk factors for preeclampsia in twin pregnancies: A population-based cohort study. Obstet Gynecol 1995; 85: 645-50.

37. Boggess K, Raghu G, Easterling T. Restricitive lung disease in pregnancy. Amer J Obstet and Gynecol 1995; 173: 1007-14.

38. Hillier SL, Krohn MA, Cassen E, Easterling TR, Rabe LK, Eschenbach DA: The role of bacterial vaginosis and vaginal bacteria in amniotic fluid infection in women in preterm labor with intact fetal membranes. Clinical Infectious Diseases1995;20: 276-278.

39. Shields LE, Bryant EM, Easterling ; TR, Andrews RG. Fetal liver cell transplantation for the creation of lympho-hematopoietic chimerism in fetal baboons. Amer J Obstet and Gynecol 1995; 173 (4): 1157-1160.

40. Shields LE, Uhrich SB, Easterling TR, Cyre DR, Mack LA: Isolated Fetal Choroid Plexus cysts and Karyotype Analysis: Is It Necessary? in: J Ultrasound Medicine1996;15:389-394

41. Easterling TR, Schmucker BC, Selke S, Millard SP. Maternal weight, hemodynamics and preeclampsia. Hypertension in Pregnancy 1997; 16, 379-388.

42. Boggess KA, Samuel-L, Schmucker BC, Waters J, Easterling TR. A randomized controlled trial of the effect of third-trimester calcium supplementation on maternal hemodynamic function. Obstet-Gynecol 1997; 90(2): 157-61

43. Easterling TR, Brateng D, Schmucker B, Brown Z, Millard SP, Prevention of Preeclampsia: A randomized trial of atenolol in hyperdynamic patients prior to the onset of hypertension. Obstet Gynecol 1999: 93(5): 725-33.

44. Easterling TR, Ralph D, Schmucker B. Pulmonary hypertension in pregnancy: The impact of vasodilators. Obstet Gynecol 1999; 93 (4): 494-8.

45. Easterling TR, Van Hook J, Roberts B, Koerker D. The central and renal hemodynamic effects of amino acid infusion in the baboon. J Med Primatol1999: 27(6):293-7.

46. Carr DB, Schmucker B, Brateng D, Easterling T. Maternal hemodynamics in pregnancy complicated by orthotopic liver transplentation. Liver Transplantation 2000: 6: 213-221.

47. Lydon-Rochelle M, Holt VL, Martin DP, Easterling TR, Fugate-Woods N. The association between method of delivery and maternal rehospitalization in Washington State 1987-1996. **accepted JAMA**

48. Bauer LA, Horn JR, Maxon SM, Easterling TR, Shen DD, Strandness DE. Effect of metoprolol and verapamil administered separately and concurrently on liver blood flow and drug disposition. J Clin Pharmacol 2000; 40: 533-543).

49. Easterling TR, Carr DB, Davis C, Diedrichs C, Brateng DA, Schmucker S. Low dose, short acting angiotensin converting enzyme inhibitors: Use in pregnancy. **submitted Obstet Gynecol**

50. Rosene-Montella K, Easterling TR, Lee RV. Chronic, mild to moderate hypertension and pregnancy: What does the evidence say? **submitted Annals of Internal Medicine**

### Abstracts

1.  Ducsay CA, Easterling TR, et al: Plasma concentrations of prostaglandin F2 (PGFM) and PGE2 (PGEEMII) metabolites after transabdominal or transvaginal cervical cerclage. (Abstract) Society for Gynecological Investigation. 1985.

2.  Easterling TR, Watts DH, Schmucker BC, Benedetti TJ: Measurement of cardiac output during pregnancy: Validation of Doppler technique and clinical observation in preeclampsia. (Abstract) 5th International Congress, International Society for the Study of Hypertension in Pregnancy. 1986.

3.  Easterling TR, Schmucker BC, Benedetti TJ: Antihypertensive therapy in pregnancy directed by noninvasive hemodynamic monitoring. (Abstract) Society of Perinatal Obstetricians. 1987.

4.  Easterling TR, Schmucker BC, Benedetti TJ: The hemodynamic effects of change in position during pregnancy. (Abstract) Society of Perinatal Obstetricians. 1987.

5.  Easterling TR, Benedetti TJ, Carlson K, Watts DH: Measurement of Cardiac Output in Pregnancy: Impedance vs. Thermodilution Techniques. (Abstract) Society of Perinatal Obstetricians. 1988.

6.  Easterling TR, Schmucker BC, Benedetti TJ: Maternal Cardiac Output in Pregnancy Induced Hypertension. (Abstract) International Society for the Study of Hypertension in Pregnancy. 1988.

7.  Easterling TR, Schmucker BC, Benedetti TJ: Maternal cardiac output in Preeclamptic pregnancies: A longitudinal study. Society of Perinatal Obstetricians. 1989. Society Award

8.  Hendricks SK, Sorensen TK, Easterling TR, Carlson KL: Effects of positional change on maternal hemodynamics and fetal umbilical and maternal uterine Doppler parameters. (Abstract) International Perinatal Doppler Society, 11th Congress, Paris, France. 1989

9.  Davidson RC, Haley MR, Easterling TR, Ahmad S, Adamson JW, Eschbach JW. Serial hemodynamic changes following recombinant erythropoietin (rHuEPO) therapy. (Abstract) The American Society of Nephrology 22nd Annual Meeting, December 1989.

10. Reiss WG, Zierler BK, Bauer LA, Horn JR, Easterling TR, Strandness DE. Effects of oral nifedipine on hepatic blood flow and cardiac output in humans. (Abstract) American College of Clinical Pharmacy. 1990.

11. Easterling TR, Schmucker BC, Carlson KL, Benedetti TJ. Hemodynamics in pregnancies complicated by hyperthyroidism. (Abstract) Society of Perinatal Obstetricians. 1990.

12. Sorensen TK, Hendricks SK, Easterling TR, Carlson KL. Effects of positional change in maternal and fetal hemodynamics in hypertensive pregnancies. (Abstract) Society of Perinatal Obstetricians. 1990.

13. Hendricks SK, Sorensen TK, Easterling TR, Carlson KL. Impact of orthostatic stress on maternal hemodynamics and fetal umbilical and maternal arcuate Doppler parameters. (Abstract) Society of Perinatal Obstetricians. 1990.

14. Easterling TR, Benedetti TJ, Carlson KL, Brateng DA, Wilson J, Schmucker BC. The effect of maternal hemodynamics on fetal growth in hypertensive pregnancies. (Abstract) Society of Perinatal Obstetricians. 1991. Poster Award

15. Davison L. Easterling TR, Jackson JC. Benedetti TJ: Breech extraction of low birth weight second twins: An cesarean section be justified? (Abstract) Society of Perinatal Obstetricians, 1991. *Foster Award*

16. Droste S. Sorenson T. Price T. Sayers T. Benedetti TJ. Easterling TR, Hendricks S. Maternal and fetal hemodynamic effects of autologous blood donation during pregnancy. (Abstract) Society of Perinatal Obstetricians, 1991.

17. Easterling TR, Benedetti TJ. Carlson KC. Brown ZA. Millard SE. Maternal cardiac output in diabetic pregnancies complicated by preeclampsia. [Abstract] Third International Symposium on Hypertension Associated with Diabetes Mellitus. 1991.

18. Sorensen TK, Easterling TR, Schneider TJ. Outcome of pregnancy in patients with preexisting renal disease. (Abstract) Society of Perinatal Obstetricians, 1992.

19. Trauscht-Van Horn J. Capeless E. Bowill EG, Easterling TR, Hermanson B. Pregnancy loss and thrombosis with protein C deficiency in pregnancy. (Abstract) Society of Perinatal Obstetricians. 1992.

20. Salafia C. Easterling TR, Vogel CA. Carlson KC, Brateng DA. Placental pathology and maternal hemodynamics in hypertensive pregnancies. (Abstract) society of Perinatal Obstetricians. 1992.

21. Eschbach JW, Glenny R, Robertson T. Guthrie M, Rader B, Evans R, Chandler W, Davidson R, Easterling T, Denney J, Schneider G. Normalizing the hematocrit (HCT) in hemodialysis patients (HDP) with EPO improves quality of life (QL) and is safe. (Abstract) American Society of Nephrology, 1993.

22. Powell S, Holt V, Hickok D, Easterling T. Deregionalization of care: Impact on birthweight-specific mortality. (Abstract) Society of Perinatal Obstetricians, 1994.

23. Shields LE. Uhrich S, Easterling TR, Mack LA. Karyotype analysis in the presence of choroid plexus cysts: Is there really any controversy? (Abstract) Society of Perinatal Obstetricians. 1994.

24. Boggess K, Schmucker B, Wauters J. Samuel L, Easterling T. Calcium supplementation and maternal hemodynamics. (Abstract) Society of Perinatal Obstetricians. 1995.

25. Boggess K. Gill P, Raghu G. Easterling T. Restrictive lung disease in pregnancy. (Abstract) Society of Perinatal Obstetricians. 1995.

26. Shields LE. Easterling TR, Andrews. F.G. Fetal liver cell transplantation for the creation of lympho-hematopoietic chimerism in fetal baboons. (Abstract) Society of Perinatal Obstetricians. 1995

27. Easterling TR, Brateng D, Schmucker B. Brown ZB. Prevention of preeclampsia: Treatment of hyperdynamic patients with atenolol prior to the onset on hypertension. (Abstract). Society for Gynecological Investigation. 1997

28. Barry DR. Schmucker BC. Brateng D. Easterling T. Maternal Hemodynamics complicated by orthotopic liver transplantation. (Abstract). Society of Perinatal Obstetricians. 1998.

29. Easterling TR, Brateng D, Schmucker B. Brown ZB. Prevention of preeclampsia: Treatment of hyperdynamic patients with atenolol prior to the onset on hypertension. (Abstract). International Society for the Study of Hypertension in Pregnancy, Kobe, Japan.

30. Easterling T. Outpatient management of hypertension guided by maternal hemodynamics. (Abstract). Society of Perinatal Obstetricians. 1998.

31. Lydon-Rochelle M. Holt VL, Martin DP. Easterling TR, Fugate-Woods N. The association between method of delivery and maternal rehospitalization in Washington State 1987-1996.

32. Carr DB. Farrand A, McDonald G. Brateng DA. Easterling, TR. Treatment of high cardiac output: Impact on factors that mediate endothelial dysfunction.(Abstract)  Society of Maternal Fetal Medicine. Miami Beach. Fla. 2000.

33. Carr DB. Farrand A. McDonald G. Brateng DA, Easterling, TR. Maternal hemodynamics. cytokines, and endothelial activation in  women at risk for preeclampsia. (Abstract)  Society of Maternal Fetal Medicine, Miami Beach, Fla. 2000.

34. Easterling  TR. Carr DB. Brateng DA. Diederich C. Schmucker B. Treatment of hypertension in pregnancy: Impact on maternal disease, preterm delivery, and fetal growth. (Abstract) 12th  Congress of the International Society for the Study of Hypertension in Pregnancy. Paris. France. 2000.

35. Easterling  TR. Carr DB. Brateng DA. Diederich C. Schmucker B. Lo dose angiotensin converting enzyme inhibitor use in pregnancy. (Abstract) 12th Congress of the International Society for the Study of Hypertension in Pregnancy. Paris, France. 2000.

## Chapters

1. Easterling TR, Benedetti TJ. Principles of invasive hemodynamic monitoring in pregnancy. In Clark SL, Phelan JP, Cotton DB, eds. Critical Care Obstetrics. Oradel, NJ. Medical Economics Books. 1987, 10-23.

2. Easterling TR. Benedetti TJ. Principles of noninvasive hemodynamic monitoring in pregnancy. In Clark SL, Phelan JP, Cotton DB, eds. Critical Care Obstetrics. Oradel, NJ: Medical Economics Books. 1987. 24-38.

3. Easterling TR, Benedetti TJ. Management of severe preterm preeclampsia. Cefalo RB ed. In: Clinical Decisions in Obstetrics and Gynecology. Rockville, MD: Aspen. 1990. 127-132.

4. Easterling TR. Safe Conduct of Pregnancy in Patients with Rheumatic Heart Disease. Quilligan EJ. Zuspan FP ed. In: Current Therapy in Obstetrics and Gynecology. 1990. 270-273

5. Easterling TR. Cardiovascular physiology of the normal pregnancy. Gleicher N. ed. In: Principles of Medical Therapy in Pregnancy. E. Norwalk. CT: Appleton & Lange. 1991. (revised 1996).

6. Easterling TR. Hypertension in Pregnancy. Porreco R ed. In: Contemporary Obstetrics for Medical Students. 1991.

7. Benedetti TJ. Chadwick HS. Easterling TR: Preeclampsia.Bonica JJ and McDonald JS ed. In: Principles and Practice of Obstetric Analgesia and Anesthesia. 1995. 839-864.

8. Otto CM. Easterling TR. Benedetti TJ: The role of echocardiography examination and hemodynamic monitoring in the diagnosis and management of heart disease in pregnancy and the peri-partum period. Otto CM ed. In: Echocardiography  in Pregnancy. 1997, 495-520.

9.   Haskell M, Easterling TE. Surgical Abortion after the First Trimester. Paul M. Lichtenberg ES. Borgatta L. Grimes DA, Stubblefield PG eds. In: A Clinician's Guide to Medical and Surgical Abortion. 1999.

10.  Easterling TR, Carr D. Transplantation and Reproductive Health. Norman CJ, Turka LA eds. In: AST Primer on Transplantation, Second Edition. IN Press

11.  Easterling TR, Otto CM. Heart Disease in Pregnancy. Gabbe SG, Niebyl JR, Simpson JL eds. In: Obstetrics Normal and Problem Pregnancies IN PRESS

### Invited Speaker

1.  Grand Rounds - Oregon Health Sciences University, Department of Obstetrics and Gynecology. *Hemodynamics of Hypertension in Pregnancy*, 1987

2.  Annual Meeting, Washington State Obstetrical Association, Seattle, WA 1988. *Treatment of Hypertension in Pregnancy.*

3.  Management of the High Risk Pregnancy and Newborn - El Paso, Texas. 1988. *The Hemodynamics of Hypertension in Pregnancy, Pharmacological Treatment of Hypertension in Pregnancy*

4.  OB/GYN/Neonatal Update Milwaukee, Wi. 1988. - *Cardiac Disease in Pregnancy, The Hemodynamics of Hypertension in Pregnancy*

5.  37th Annual Clinical Meeting, American College of Obstetrics and Gynecology, Atlanta, GA 1989. Postgraduate Course - *Critical Care Obstetrics.*

6.  10th Annual Meeting, Society of Perinatal Obstetricians, Houston, Texas, 1990. Postgraduate Course - *Maternal-Fetal Physiology.*

7.  Frontiers in Clinical Research, University of Washington Clinical Research Center, Seattle, WA, 1990. *Preeclampsia. Vasoconstriction or Hyperperfusion? A New Look at Pathogenesis.*

8.  38th Annual Clinical Meeting, American College of Obstetrics and Gynecology, San Francisco, CA, 1990. Postgraduate Course - *Critical Care Obstetrics.*

6.  Second Argentine Congress on the Study of Hypertension in Pregnancy, Buenos Aires, Argentina, 1990. *Hemodynamics of Preeclampsia, High Cardiac Output and the Development of Preeclampsia, Treatment of Hypertension in Pregnancy Guided by Noninvasive Hemodynamic Measurements.*

7.  6th Annual Deer Valley Perinatal Conference, Park City, Utah, 1991. *Hemodynamics of Preeclampsia, Treatment of Hypertension in Pregnancy Guided by Noninvasive Hemodynamic Measurements.*

8.  29th Annual Symposium on Critical Care Medicine, Las Vegas Nevada, 1991, *Hemodynamics of Preeclampsia, Treatment of Hypertension in Pregnancy, Trauma and CPR in Pregnancy, Cardiac Disease in Pregnancy*

9.  Rogue Valley Perinatal Conference - Ashland, Ore. 1992. *Heart Disease in Pregnancy, Treatment of Hypertension in Pregnancy, Hemodynamics of Preeclampsia, Trauma in Pregnancy.*

10. Society of Perinatal Obstetricians, San Francisco, 1993. *Hemodynamics of Preeclampsia*

11. Grand Rounds, Cedars-Sinai, Los Angeles, CA, 1996. *Hemodynamics of Hypertension in Pregnancy*

12. Mexico City, 1996. *The Hemodynamics of Hypertension in Pregnancy, Treatment of Cardiac Disease in Pregnancy*

13.     10th World Congress. International Society for the Study of Hypertension in Pregnancy. Seattle WA. 1997, *Treatment of Hypertension in Pregnancy Based on Maternal Hemodynamics*

14.     North American Society for the Study of Hypertension in Pregnancy. SPO, Anaheim. CA 1997, *Treatment of Hypertension in Pregnancy Based on Maternal Hemodynamics*

15.     Fifth Argentine Congress on the Study of Hypertension in Pregnancy, Salta, Argentina, 1998, *Hemodynamics of Hypertension in Pregnancy, Treatment of Hypertension in Pregnancy. Cardiac Disease in Pregnancy*

16.     1st Research Meeting of the North American Society for the Study of Hypertension in Pregnancy, Winston-Salem, NC, 1998. *The Hemodynamics of Hypertension in Pregnacy.*

17.     Symposium on Pregnancy Hypertension, Preterm Labor, and Other Complications. Las Vegas. Nevada, 1999. *Hemodynamics of Hypertension in Pregnancy. Treatment of Hypertension in Pregnancy.*

18.     2nd Annual Meeting of the Diabetes in Pregnancy Study Group of North America. Cincinnati. Ohio. 1999. *Treatment of Hypertension in Diabetic Pregnancy*

19.     USC Critical Care, Trauma and Emergency Medicine Symposium, Las Vegas, Nevada. February 28-March 3,2000.

20.     Grand Rounds - Department of Obstetrics and Gynecology, Stanford University. May 5, 2000.

21.     Grand Rounds - Department of Obstetrics and Gynecology, University of West Virginia. June 21, 2000.

22.     HELLP Syndrome Society, June 22-23, 2000.

M(  OESTING & ASSOCIA1  )

# ROBERT W. MOSS

## CURRICULUM VITAE

## EDUCATION

1964-65  Doctoral studies, London School of Economics, London, England.
OECD fellow.

1964  Master of Arts, Economics, American University, Washington, D.C.,
with distinction.

1962  Bachelor of Arts, Economics, University of Michigan, Ann Arbor,
honors program.

## PROFESSIONAL EXPERIENCE

Since   **Health Care Audits, Inc., Seattle, WA**
1987   Executive Vice President
Responsible for marketing and management of this hospital and health care audit
service

Since   **Moss Oesting & Associates, Seattle, WA**
1977   Founder and Principal
The firm provides consultant services in labor economics, health care, and real estate
development and management.

1975-77  **King-Snohomish Manpower Consortium, Seattle, WA**
Director, Planning and Evaluation
Developed annual plans and budgets for this $50 million CETA prime sponsor.
Established evaluation program which led to significant program changes.

1972-74  Owner and skipper of 52' charter sailing yacht in Mediterranean.

1971-72  **U. S. Department of Labor, Washington, D.C.**
Chief, Division of Public Career Programs
Reformed and decentralized a $100 million training and employment program.

1970   **The World Bank, Washington, D.C.**
Consultant
Cooperated with United Nations officials to advise the Bank on funding the
expansion of the land grant college system in India.

# ROBERT W. MOSS

## PROFESSIONAL EXPERIENCE, continued

1969-71  **U. S. Training and Employment Service, Washington, D.C.**
Special Assistant to the Director
Executive and administrative assignments for a staff of 500; special projects for the
Assistant Secretary of Labor.

1968-69  **President's Council on Youth Opportunity, Washington, D.C.**
Regional Coordinator
Translated national programs into local action by working with governors, mayors,
and business leaders to develop job programs and activities for needy youth.

1967-68  **National Advisory Commission on Civil Disorders (The Kerner Commission)**
Assistant Director, Research Services
Led preparation and analysis of data on urban problems for major sections of the
Commission's report on the socioeconomic causes of the 1960's riots.

prior to  **Research positions with**
1967       • U. S. Advisory Commission on Intergovernmental Relations
           • Research Analysis Corporation
           • Organization for Economic Cooperation and Development (Paris)
           • Survey Research Center, University of Michigan

## PROFESSIONAL MEMBERSHIPS

American Economic Association
Industrial Relations Research Association
National Association of Forensic Economics (charter member)
Western Economic Association
Seattle Economists Club

## PUBLICATIONS

"*Valuing Future Expense in Spinal Cord Injury Cases*", (with Heather H. Oesting) <u>Bar Bulletin</u>, Seattle-
King County Bar Association, September, 1983

"*Hedonic Damages..How Far Can Economics Go?*" <u>Washington State Bar News</u>, June, 1993

**ROBERT W. MOSS**

## PROFESSIONAL PRESENTATIONS

*"Structured Settlements for Minors"*, Minor Settlements Seminar, Washington State Trial Lawyers Association, June, 1997.

*"What Can Economic Experts Do in an Employment Case?"*, Valuing Plaintiffs Employment Cases Seminar, Washington Employment Lawyers Association, October, 1995.

*"What are Women Worth? An overview of women in economic statistics"*. Women in Litigation Seminar, Washington State Trial Lawyers Association, January, 1994.

*"Demonstration of Economic Testimony"*, Experts: When, Why & How Seminar, Washington State Trial Lawyers Association, October, 1992.

*"Current Issues in Forensic Economic Analysis"*, Presentation to the Benton/Franklin County Bar Association, June, 1992.

*"Integrating Experts - How to use an economist and other experts"*, Washington State Trial Lawyers Association South King County Roundtable, November, 1990.

*"The Role of the Economist"*, How to Evaluate and Settle Personal Injury Claims in Washington Seminar, Professional Education Systems, September, 1990.

*"Economic Loss Evaluation in Business and Tort Type Brain Injury Cases"*, Skimender '90 Seminar, Washington State Trial Lawyers Association, February, 1990.

Discussant Forensic Economics Session, Western Economic Association meeting. Vancouver, B.C., July, 1988.

*"Using an Economist to Assess Damages"*. Evaluating Personal Injury Cases Seminar. Washington State Trial Lawyers Association, October, 1987.

## LICENSES

**United States Coast Guard:** Master, inland, motor or sail, 50 tons, with towing endorsement. (Current)

**Washington State Insurance Commissioner:** Life and disability agent. (Former)