**FILED**
OCT 16 2002
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNIFER ERICKSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>THE BARTELL DRUG CO.,<br><br>Defendant-Appellant. | No. 01-35870<br><br>DC# CV-00-01213-RSL<br>Western Washington<br>(Seattle)<br><br>ORDER |

**DOCKETED**
Seattle, WA

Pursuant to the September 30, 2002, order, this appeal is remanded to the district court for consideration of the parties' settlement agreement. Remand is without prejudice to reinstatement in the event the district court denies the parties' motion to approve their settlement. Notice of reinstatement must be filed with this court within 28 days of entry of the district court order denying the motion.

A certified copy of this order shall act as the mandate of this court.

FILED __ ENTERED
LODGED __ RECEIVED

SA OCT 16 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

FOR THE COURT:

_____
Chris Goelz
Circuit Mediator

10/15/02/cg

CV 00 01213 #00000097

A TRUE COPY
ATTEST
CATHY A. CATTERSON
Clerk of Court
by: _____
Deputy Clerk