Honorable Robert S. Lasnik

CC TO JUDGE MR

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 03 2003  MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CV 00-01213  #00000103

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER ERICKSON, on behalf of herself
and all others similarly situated,

　　　　　　　Plaintiff,

　　　v.

THE BARTELL DRUG COMPANY,

　　　　　　　Defendant.

Civil No. C00-1213L

DECLARATION OF
JAMES R. DICKENS RE NOTICE OF
PROPOSED SETTLEMENT

**Hearing date: Tues., March 4, 2003
9:00 a.m.**

I, James R. Dickens, declare

1.　　　I am counsel for defendant The Bartell Drug Company.  I am making this declaration pursuant to Section II, paragraph D, of the Settlement Agreement and Release regarding certification of counsel as to the dissemination of the notice of proposed settlement to the class members.  The information set forth herein was provided to me by Bartell Drug, as of February 17, 2003.

2.　　　In accordance with the Settlement Agreement and Release, Bartell Drug determined that there were 826 present and former employees within the class as certified.  Packets of information were prepared for each class member consisting of the Notice of Class-Wide Settlement, and a copy of the Court's Order Granting Preliminary Approval of the Settlement, with the date and time for the settlement hearing on March 4, 2003 at 9:00 a.m.

DECLARATION OF JAMES R. DICKENS RE NOTICE OF
PROPOSED SETTLEMENT - 1
(C00-1213L)
SEADOCS:148114. 1

MILLER NASH LLP
ATTORNEYS AND COUNSELORS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

**ORIGINAL**

1   Attached hereto are copies of those documents mailed to the 826 class members on

2   December 13, 2002.

3            3.       After the 826 packets were sent to the class members on December 13,

4   2002, 42 were returned as undeliverable because of incorrect addresses.  Bartell Drug did a

5   further check and resent 19 of the 42 to a new address, but 6 of the 19 also were returned as

6   undeliverable.  Therefore, of the packets sent to the 826 class members, 797 were presumed

7   delivered and only 29 were undeliverable.

8            4.       As counsel for Bartell, we have received no objections from any of the

9   826 class members to the proposed settlement agreement or any other related aspects.

10           I declare under penalty of perjury and the laws of the United States that the above

11   is true and correct.

12           Signed at Seattle, Washington, this __3ᵈ__ day of March, 2003.

13

14

15                          James R. Dickens

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JAMES R. DICKENS RE NOTICE OF
PROPOSED SETTLEMENT - 2
(C00-1213L)
SEADOCS:148114. 1

MILLER NASH LLP
ATTORNEYS AND COUNSELORS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON  98101-2352

1             I hereby certify that I served the foregoing DECLARATION OF JAMES R.

2   DICKENS RE NOTICE OF PROPOSED SETTLEMENT on:

3     Roberta N. Riley                    Donna Lee
     Planned Parenthood of Western Washington   Planned Parenthood Federation of America
4     2001 East Madison                810 Seventh Avenue, 12th Floor
     Seattle, WA 98122-2959          New York, NY 10019
5

     FAX # (206) 328-7522           FAX # (212) 247-6811
6

7   by the following indicated method or methods:

8     ☒       by **faxing** full, true, and correct copies thereof to the attorneys at the fax numbers
              shown above, which are the last-known fax numbers for the attorneys' offices, **and**
9             by **mailing** full, true, and correct copies thereof in a sealed, first-class postage-
              prepaid envelope, addressed to the attorneys as shown above, the last-known office
10            addresses of the attorneys, and deposited with the United States Postal Service at
              Seattle, Washington, on the date set forth below.
11

12    ☐       by **mailing** full, true, and correct copies thereof in sealed, first-class postage-
              prepaid envelopes, addressed to the attorneys as shown above, the last-known
13            office addresses of the attorneys, and deposited with the United States Postal
              Service at Seattle, Washington, on the date set forth below.

14    ☐       by sending full, true and correct copies thereof via **overnight courier** in sealed,
              prepaid envelopes, addressed to the attorneys as shown above, the last-known
15            office addresses of the attorneys, on the date set forth below.

16    ☐       by causing full, true and correct copies thereof to be **hand-delivered** to the
              attorneys at the attorneys' last-known office addresses listed above on the date set
17            forth below.

18

19             The undersigned hereby declares, under the penalty of perjury, that the foregoing

20  statements are true and correct to the best of my knowledge.

            Executed at Seattle, Washington, this 3d day of March, 2003.
21

22

23                          _James R. Dickens_
                         James R. Dickens
24                        Of Attorneys for Defendant

25

26

   Certificate of Service - 1

Hon. Robert S. Lasnik

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

JENNIFER ERICKSON, individually, and on
behalf of all others similarly situated,

                     Plaintiff,

   v.

THE BARTELL DRUG COMPANY,

                   Defendant.

No. C00-1213L

NOTICE OF CLASS-WIDE
SETTLEMENT

**To:**    **All females currently or formerly employed by The Bartell Drug Company ("Bartell") who participated in Bartell's Prescription Benefit Plan for non-union employees between December 29, 1997 and June 12, 2001, while using prescription contraceptives.**

This Notice is given pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and order of the U.S. District Court for the Western District of Washington. The purpose of this Notice is to inform you of the terms of a proposed settlement in this case.

This case alleged that Bartell discriminated against its non-union female employees on the basis of sex by excluding prescription contraception coverage from its non-union health benefits plans in violation of Title VII of the Civil Rights Act of 1964. On June 12, 2001, the U.S. District Court for the Western District of Washington held that Bartell must cover each of the available options of prescription contraception to the same extent, and on the same terms, that it covers other drugs, devices, and preventive care for non-union employees. Bartell appealed that ruling. Subsequently, the parties reached a proposed settlement of the case. The proposed settlement requires Bartell to provide prescription contraceptive coverage to its non-union employees and compensation to the plaintiff class.

1    The class of Bartell employees on behalf of which this lawsuit was brought, as certified by

2   the Court, is defined as:

3        All female employees of Bartell who at any time after December 29, 1997, were
         enrolled in Bartell's Prescription Benefit Plan for non-union employees while using

4        prescription contraceptives.

5   For purposes of the settlement, a "class member" who may be eligible to receive compensation from
    Bartell is any current or former female employee of Bartell who at any time between December 29,

6   1997 and June 12, 2001, was enrolled in Bartell's Prescription Benefit Plan for non-union employees
    while using prescription contraceptives.

7

8        Under the proposed settlement, Bartell does not admit liability for the discrimination alleged
    in this lawsuit.  To settle this case, Bartell does, however, agree to the following:

9

10  1.   Bartell will cover all FDA-approved methods of prescription contraception to the
         same extent, and on the same terms, that it covers other drugs, devices, and

11       preventive care in its non-union health plan. FDA-approved methods of
         prescription contraception include oral contraception; emergency contraception;

12       the intrauterine device ("IUD"); Norplant; injectables, such as Depo-Provera and
         Lunelle; barrier methods, such as the diaphragm; the contraceptive skin patch;

13       and the contraceptive ring;

14  2.   Bartell will cover contraception-related services, such as the initial visit to the
         prescribing physician and any follow-up visits or outpatient services, to the same

15       extent, and on the same terms, as other outpatient services in its non-union health

16       plan;

17  3.   For class members currently employed at Bartell, it will either:  (a) provide
         coverage for all FDA-approved methods of prescription contraception, and

18       contraception-related services, with no co-payments, until December 31, 2006,
         or until the employee is no longer enrolled in Bartell's non-union health plans as

19       an employee, or through COBRA continuation of benefits, whichever occurs
         first; or (b) pay the class member up to $800 for out-of-pocket costs incurred at

20       any time between December 29, 1997 and June 12, 2001, for prescription
         contraception that is typically purchased no more than once a year, such as an

21       IUD or Norplant, and/or for services related to such contraception, upon

22       submission of proof of expenditure;

23  4.   For class members no longer employed at Bartell, it will pay either: (a) $100 in
         full compensation for out-of-pocket costs incurred between December 29, 1997

24       and June 12, 2001, for prescription contraception and contraception-related
         services, without proof of expenditure from the class member; or (b) up to $800

25       for out-of-pocket costs incurred at any time between December 29, 1997 and

26       June 12, 2001, for prescription contraception that is typically purchased no more

27

NOTICE OF CLASS-WIDE SETTLEMENT - 2

1    than once a year, such as an IUD or Norplant, and/or for services related to such contraception, upon submission of proof of expenditure;

2

3    5.    For any class member who was denied coverage or reimbursement under the non-union health plans for prescription contraception or contraception related services obtained between June 12, 2001 and November 1, 2001, Bartell will pay that class member for the expenses incurred, upon submission of proof of expenditure; and

4

5

6    6.    Bartell will pay Jennifer Erickson, the Class Representative, $7,246 for her efforts to secure contraceptive coverage for the class.

7

8    7.    Bartell will pay counsel for the class $180,000 for attorney fees and costs incurred in representing Ms. Erickson and the class.

9

10    If you elect to receive any of the benefits described above, you will release Bartell and its officers, shareholders and directors from any other actual or potential claims or damages because prescription contraceptives were not covered by Bartell's non-union health care plans prior to June 12, 2001.

11

12

13    *The Court* has given preliminary approval of the settlement, and it *will determine whether to finally approve the proposed settlement as fair, reasonable and adequate at a* HEARING TO BE HELD on MARCH 4, 2003, at 9 a.m., in Courtroom 911, U.S. District Court for the Western District of Washington, 215 U.S. Courthouse, 1010 Fifth Ave., Seattle, WA 98104.

14

15    You need not appear at this hearing. However, any member of the class who objects to the proposed settlement may appear at the hearing and show cause why the proposed settlement should not be approved as fair, reasonable and adequate pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, provided that, unless otherwise permitted by the Court at the hearing, *no person shall be heard in opposition to the settlement* and no paper or brief submitted by any such person shall be received or considered by the Court *unless* on or before FEBRUARY 11, 2003, you file a notice of intention to appear and a statement of the position to be asserted and the grounds therefor, together with copies of any supporting papers or briefs, with the Clerk, U.S. District Court for the Western District of Washington, 215 U.S. Courthouse, 1010 Fifth Ave., Seattle, WA 98104.

16

17

18

19

20

21    Copies of all documents filed with the Clerk must be sent by first class mail, postage prepaid, to the attorney for class members, Roberta Riley of Planned Parenthood of Western Washington, 2001 E. Madison, Seattle, WA 98122, and to the attorney for Bartell, James R. Dickens, Miller Nash LLP, 4400 Two Union Square, Seattle, Washington 98101.

22

23

24

25

26

27

NOTICE OF CLASS-WIDE SETTLEMENT - 3

1        Any questions you have concerning the matters contained in this Notice may be directed to

2   the attorney for class members, Roberta Riley of Planned Parenthood of Western Washington at
    (800) 727-2996.  DO NOT TELEPHONE THE CLERK OF COURT REGARDING THIS NOTICE.

3           Dated: _____        BY ORDER OF THE

4                                            U.S. DISTRICT COURT FOR THE
                                             WESTERN DISTRICT OF

5                                            WASHINGTON

6

7

8           *See* attached copy of Court's ORDER Granting Preliminary Approval of
            Class Action Settlement, Approval of Notice to Class Members and Setting

9           Fairness Hearing.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF CLASS-WIDE SETTLEMENT - 4

The Honorable Robert S. Lasnik

DEC - 3 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

DEC - 3 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CV 00 01213 #00000102

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER ERICKSON, individually, and on
behalf of all others similarly situated,

                                    Plaintiff,

        v.

THE BARTELL DRUG COMPANY,

                                    Defendant.

No. C00-1213L

(PROPOSED) ORDER GRANTING
PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT, APPROVAL OF
NOTICE TO CLASS MEMBERS AND
SETTING FAIRNESS HEARING

This Court considered the joint motion for preliminary approval of the class action
settlement, approval of notice to class members and setting of fairness hearing, and the memorandum
and declaration of Roberta N. Riley in support thereof.

NOW THEREFORE, the Court hereby GRANTS the joint motion for preliminary approval
of class action settlement. The proposed notice to class members is also approved. Defendant
Bartell is ORDERED to notify class members of the settlement pursuant to the terms of the
settlement on or before December 31, 2002. Any class member objecting to the proposed settlement
shall file her objection in writing on or before February 11, 2003. A fairness hearing regarding final
approval of the settlement is hereby set for March 4, 2003.

ORIGINAL

(PROPOSED) ORDER GRANTING PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT, APPROVAL OF NOTICE TO CLASS MEMBERS
AND SETTING FAIRNESS HEARING: Case No. C00-1213L: Page - 1
N:\CLIENTS\24763\1\PLEADINGS\ORDERMOTIONORDERSETTLEMENTAPPROVAL.DOC

ROBERTA RILEY, WSBA #16841
PLANNED PARENTHOOD
OF WESTERN WASHINGTON
2001 EAST MADISON
SEATTLE, WASHINGTON 98122-2959
TELEPHONE: (206) 328-6833
FACSIMILE: (206) 328-7522

1    Dated this 3rd day of December , 2002.

2

3                                    _MMSCasnik_____

4                                    Robert S. Lasnik
                                     United States District Judge

5
     Presented by:
6    PLANNED PARENTHOOD OF
         WESTERN WASHINGTON
7

8    By _Roberta Riley_____
9        Roberta Riley, WSBA #16841
         2001 East Madison
10       Seattle, Washington 98122-2959
         Telephone: (206) 328-6805
11
     **Lead Counsel for Plaintiffs**
12
     MILLER NASH LLP
13

14
     By JAMES DICKENS II  TDC
15       James Dickens
         4400 Two Union Square   tel. authority
16       601 Union Street
         Seattle, WA 98101-2352
17       Telephone: (206) 622-8484

18   **Counsel for Defendant**

19

20

21

22

23

24

25

26
                                         ROBERTA RILEY, WSBA #16841
                                         PLANNED PARENTHOOD
     (PROPOSED) ORDER GRANTING PRELIMINARY APPROVAL OF CLASS    OF WESTERN WASHINGTON
     ACTION SETTLEMENT, APPROVAL OF NOTICE TO CLASS MEMBERS     2001 EAST MADISON
     AND SETTING FAIRNESS HEARING: Case No. C00-1213L: Page - 2 SEATTLE, WASHINGTON 98122-2959
     N:\CLIENTS\24763\1\PLEADINGS\ORDERMOTIONORDERSETTLEMENTAPPROVAL.DOC  TELEPHONE: (206) 328-6895
                                         FACSIMILE: (206) 328-7522