Honorable Robert S. Lasnik

FILED LODGED ENTERED RECEIVED
MAR 05 2003
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

MAR - 6 2003

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER ERICKSON, on behalf of herself and all others similarly situated,

　　　　Plaintiff,

v.

THE BARTELL DRUG COMPANY,

　　　　Defendant.

Civil No. C00-1213L

FINAL ORDER

The District Court, having considered the JOINT MOTION TO DISMISS, and there being good cause therefor, hereby ORDERS that:

1. The Joint Motion to Dismiss is GRANTED.

2. The Parties to the Settlement Agreement and Release attached to the Joint Motion shall comply with their respective obligations as set forth in that Agreement.

3. In full satisfaction of defendant's obligation to plaintiffs' attorneys for their fees and costs, defendant shall pay plaintiffs' attorneys $180,000. Defendant shall bear its own fees and costs.

4. The Complaint is DISMISSED WITH PREJUDICE.

///

///

FINAL ORDER - 1
(C00-1213L)
SEADOCS:148260. 2

MILLER NASH LLP
ATTORNEYS AND COUNSELORS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

ORIGINAL

1  The District Court reserves jurisdiction to enforce this FINAL ORDER, and the
2  parties' compliance with the terms of the Settlement Agreement and Release incorporated herein,
3  through December 31, 2006.
4  The Clerk of the District Court is directed to administratively close this file, and
5  to send copies of this FINAL ORDER to all counsel of record in this case.
6  DATED this ___6th___ day of March, 2003.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

MILLER NASH LLP

*/s/ James R. Dickens*
James R. Dickens
WSBA No. 04610

Attorneys for Defendant

Approved for entry:

PLANNED PARENTHOOD OF
WESTERN WASHINGTON

*/s/ Roberta N. Riley*
Roberta N. Riley
WSBA No. 16841

Attorneys for Plaintiffs

[PROPOSED] FINAL ORDER - 2
(C00-1213L)
SEADOCS:148260.1

MILLER NASH LLP
ATTORNEYS AND COUNSELORS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352